# United States District Court

**SUPPORTING DOCUMENTATION & ORDER**

DISTRICT

**FILED**
DEC 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE TITLE: Jimmy Sharbutt v. BATF&E, et al

DOCKET NO.

MAGISTRATE CASE NO. 05 2396

I, Jimmy Sharbutt, declare that I am the (check appropriate box)

☒ petitioner/plaintiff  ☐ movant (filing 28 U.S.C. 2255 motion)
☐ respondent/defendant  ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**FOIA SUIT**

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   1991 - Working for Steelcraft in Miami, OK

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐  No ☒
   b. Rent payments, interest or dividends?    Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐  No ☒
   d. Gifts or inheritances?    Yes ☐  No ☒
   e. Any other sources?    Yes ☐  No ☒

RECEIVED NOV 1 7 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. I Receive $163.24 FROM A TRUST FUND INCREMENTALLY AND I EXPECT TO RECEIVE IT IN THE FUTURE.

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $27.00 SAVINGS ACCT.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☒   No ☐   HOUSE IN MIAMI, OK WORTH APPROX. $35,000
   If the answer is "yes," describe the property and state its approximate value.

   MARA RIVERS - DAUGHTER - APPROX $100/MO
   JIMMY SHARBUTT, III - SON - APPROX $100/MO

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/24/05 (Date)    X Jimmy Sharbutt (Signature of Applicant)

---

JIMMY SHARBUTT
09112-062

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ 260.00 on account to his credit at the FCC Forrest City, AR institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: 0

K. Gilmore, Counselor
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge    Date | United States Judge or Magistrate    Date |