IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT                                )<br>                                                          )<br>         Plaintiff,                                    )<br>                                                          )<br>   v.                                                    )<br>                                                          )<br> BUREAU OF ALCOHOL, TOBACCO,   )<br> FIREARMS AND EXPLOSIVES, ET AL. )<br>                                                          )<br>         Defendants.                               )<br>                                                          ) | Civil Action No. 05-2396 (JGP) |

## **PRAECIPE**

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendants in the above-captioned case.

Respectfully submitted,

_____
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of January, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

**JIMMY SHARBUTT**
**#09112-062**
**F.C.C.**
**Box 3000 (MEDIUM)**
**Forrest City, Arkansas 72366**

                                                                             _____
                                                                             WYNEVA JOHNSON
                                                                             Assistant United States Attorney
                                                                             Judiciary Center Building
                                                                             555 4th Street, N.W., E-4106
                                                                             Washington, D.C. 20530
                                                                             (202) 514-7224