UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2396 (JGP) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), defendants, through counsel, move this Court for an enlargement of time to and including February 24, 2006, in which to respond to plaintiff's Complaint in this FOIA case. Counsel was unable to reach plaintiff to obtain his views on this Motion because he is incarcerated.

The additional time is requested because counsel is in the process of obtaining declarations in support of its dispositive motion from the following offices within the Department of Justice: Bureau of Alcohol, Tobacco, Firearms & Explosives, Executive Office for United States Attorneys, United States Marshals Service, Federal Bureau of Investigation, Criminal Division, Federal Bureau of Prisons, Drug Enforcement Administration, Office of Information and Privacy and the Internal Revenue Service.

Once these declarations are received, counsel will be able to complete the discussions and coordination with the various offices and agency for the filing of defendants' Motion for Summary Judgment.

This request for enlargement is made in good faith and is in no way designed to delay the

proceedings.

Accordingly, it is respectfully requested that the time to respond to the Complaint be enlarged to and including February 24, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of January, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt  
#09112-062  
F.C.C.  
Box 3000 (MEDIUM)  
Forrest City, Arkansas 72366

 

_____  
WYNEVA JOHNSON  
Assistant United States Attorney  
Judiciary Center Building  
555 4th Street, N.W., E-4106  
Washington, D.C. 20530  
(202) 514-7224