UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES, <u>et</u> <u>al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2396 (JGP) |

## ORDER

Upon consideration of Defendants' Motion For Enlargement of Time, any Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendants' Motion should be, and it hereby is, granted, and that defendants may have up to and including February 24, 2006, to respond to plaintiff's Complaint.

_____          _____
Date                                      United States District Judge

Copies to:

Attorney for Defendants
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, NW,
Washington, D.C. 20001

Pro Se
Jimmy Sharbutt
#92112-062
 F.C.C.
Box 3000 (Medium)
Forrest City, Arkansas 72366