UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JIMMY SHARBUTT,            )
                           )
            Plaintiff,     )
                           )
    v                      )    CASE No. 05-2396 JGP
                           )
BATF&E, et al.,            )
                           )
            Defendants.    )

### MOTION FOR PARTIAL SUMMARY JUDGEMENT

   NOW COMES, Plaintiff, JIMMY SHARBUTT, Pro Se, a federal prisoner, and respectfully moves this Court to enter partial summary judgement in his favor and against defendants, each and every one of them, as to the issue of exhaustion of remedies only. In support, he states:

1. Plaintiff feels there is no genuine issue as to any material fact on the sole issue of exhaustion of the administrative remedies under the FOIA in each of the counts of this suit and as to each and every defendant in this suit. He believes he is entitled to judgement as a matter of law because there is no dispute as to the issue of exhaustion in each and every count. There therefore is no reason for a trial as to whether plaintiff has fully exhausted all administrative remedies.

2. Plaintiff therefore asks the Court to look only at the law in relation to those facts and then determine if those undisputed facts justify the legal conclusion that plaintiff has fully exhausted all administrative remedies in relation to each count and each defendant in this cause.

3. In support of this instant motion for partial summary judgement plaintiff submits the attached exhibits No. 1 through 69, et al., and a sworn affidavit of JIMMY SHARBUTT verifying the authenticity of each and every exhibit. THese exhibits and affidavit in support establish the facts that plaintiff relies upon to support his contention that he has fully exhausted all administrative remedies as to each count and to each defendant herein.

4. Plaintiff therefore asks for partial summary judgement in his favor and against each and every defendant in this suit and as to each and every count, on the issue of exhaustion of administrative remedies only.

WHEREFORE, Plaintiff prays for partial summary judgement in his favor and against each defendant on the issue of exhaustion of the administrative remedies only.

Respectfully Submitted this 14th day of January, 2006

By X_____
JIMMY SHARBUTT, Pro Se
No. 09112-062
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

**RECEIVED**
JAN 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JIMMY SHARBUTT,           )
                          )
            Plaintiff,    )
                          )
       v                  )   CASE No. 05-2396
                          )
BATF&E, et al.,           )
                          )
            Defendants.   )

### AFFIDAVIT OF JIMMY SHARBUTT

STATE OF ARKANSAS        )
                         )   SS:        AFFIDAVIT
ST FRANCIS COUNTY        )

   I, JIMMY SHARBUTT, after having been duly sworn and under oath, hereby depose and state as follows:
   That attached hereto are exhibits number 1 through 69 with some exhibits enumerated with subletters.
   Each of these exhibits are true and correct copies of the original letters that I mailed or received from the various federal agencies named in the above-styled suit.
   These exhibits portray the fact that I have exhausted all available administrative remedies in my efforts to obtain records under the FREEDOM OF INFORMATION ACT.
   I have either personally mailed each one of them or personally received each one of them, depending on the circumstances. I have done all I could via these letters to exhaust all available remedies.
   This affidavit is being made of my own personal knowledge of the exhaustion of remedies.
   I declare under the penalty of perjury that the aforementioned is true and correct as to the best of my current knowledge and beliefs.
   Further affiant sayeth naught.

Executed this 14TH day of January, 2006.

                            By X_____
                               JIMMY SHARBUTT, Affiant

(28 USC Section 1746)

CERTIFICATE OF SERVICE
------------------------

I, JIMMY SHARBUTT, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this MOTION FOR PARTIAL SUMMARY JUDGEMENT with attached exhibits No. 1 through 69, et al., and the affidavit of Jimmy Sharbutt, to the United States Attorney at 555 4th Street, NW., in Washington, D.C. 20530.

Executed this 14TH day of January, 2006.

By X_____
Jimmy Sharbutt, Affiant

(28 USC Section 1746)