To: __Director__                                     Date: __April 19, 2005__

Bureau of Alcohol, Tobacco, Firearms & Explosives

Department of Justice

Washington, D. C. 20226

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:

All records of criminal investigation in Tulsa and Oklahoma City,

OK area including any forfeiture records.

    I will pay reasonable search and reproduction fees.

        My biographical data is as follows:

FULL NAME    JIMMY LEE SHARBUTT, JR

DATE OF BIRTH : __June 12, 1961__

PLACE OF BIRTH : __Miami, Oklahoma USA__

SOCIAL SECURITY NUMBER: __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__

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __19th__ day of __April__ , __2005__ .

                By X _Jimmy Lee Sharbutt Jr._
                        Affiant Herein

(28 USC Section 1746)

Name: __Jimmy Lee Sharbutt__

Reg. No. __09112-062__

#1

## FOIA APPEAL

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C.  20530

Date: June 15, 2005

RE: FOIA to _____  BATF&E

Request No.  4/19/05

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:

Bureau of Alcohol, Tobacco, Firearms and Explosives _____ in connection to my request for records.

(check appropriate box or boxes below)

__X__ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for the following reason:

_____

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

Sincerely,

cc: file                    #2          X

Jimmy Sharbutt 09112-062

Box 3000, Forrest City, AR 72336



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_          _Washington, D.C. 20530_

## JUN 2 8 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR  72335

Dear Mr. Sharbutt:

 This responds to your letter dated June 15, 2005, in which you sought to appeal from the failure of the Bureau of Alcohol, Tobacco, Firearms and Explosives to respond to your request for access to records under the Freedom of Information Act.

 A member of my staff has been advised by the ATF that it has no record of receiving a request from you. Accordingly, by copy of this letter, we are referring your letter to the ATF for processing and direct response to you.

Sincerely,

_Priscilla Jones_

Priscilla Jones
Chief, Administrative Staff

PAJ:CIH

cc:   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Averill Graham, Chief, Disclosure Division
   8th Floor
   650 Massachusetts Avenue NW.
   Washington, DC  20226

#3



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

JUL   1  2005

Washington, DC 20226
www.atf.gov

REFER TO:  05-1290:JMP
100060

Mr. Jimmy Lee Sharbutt
Reg. No. 09112-062
Federal Correctional Complex - Medium
Post Office Box 3000
Forrest City, Arkansas  72335

Dear Mr. Sharbutt:

This is in response to your Freedom of Information Act (FOIA) request for access to information that maybe maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) regarding you.

Before we can take any action on your request; you must provide proof of identity (to include your date of birth and social security number) either your notarized signature or you may do a self-certification.

Your request will be processed under the provisions of the FOIA.  You are entitled to two hours search time and 100 pages free of charge.  Do be advised that according to the Department of Justice FOIA regulations, you will be advised of anticipated fees over $25.00.  However, you will be required to pay fees that are accrued up to the $25.00 without further notice.

We await your response.  Should you have any questions, do not hesitate to write again.

Sincerely yours,

Jessie M. Price
Disclosure Specialist

#4

To: Jesse M. Price                         Date: July 16, 2005

Disclosure Specialist

Bureau of Alcohol, Tobacco, Firearms & Explosives

Department of Justice
Washington, D.C.  20226

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
RE:  05-1290:JMP.----- 100060

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   JIMMY LEE SHARBUTT, JR

DATE OF BIRTH :   June 12, 1961

PLACE OF BIRTH :   Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 16th day of July, 2005 .

By    X
                                   Affiant Herein

(28 USC Section 1746)

Name:   Jimmy Lee Sharbutt

Reg. No.   09112-062

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#5



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

JUL 2 6 2005          Washington, DC 20226          100060-JMP
                      www.atf.gov

Mr. Jimmy L. Sharbutt
Reg. No. #09112-062
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AK 72336

Dear Mr. Sharbutt:

This is to acknowledge your Freedom of Information Act (FOIA) request to the Bureau
of Alcohol, Tobacco, Firearms and Explosives (ATF).

Your request was received on July 25, 2005, and has been assigned number 05-1382; a
response will be mailed to you within 20 (twenty) business days from the date of receipt.

Sincerely yours,

April Sands
Disclosure Assistant

#6



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

AUG 16 2005

Washington, DC 20226
www.atf.gov

REFER TO:  05-1382:JMP
100060

Mr. Jimmy Lee Sharbutt, Jr.
Reg. No. 09112-062
Federal Correctional Complex (Medium)
Post Office Box 3000
Forrest City, Arkansas  72336

Dear Mr. Sharbutt:

This is our final response to your Freedom of Information Act (FOIA) request for access to information you believe is maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) regarding yourself.

Your request is granted in part. We are releasing portions of the records that are exempt and withholding portions for the reasons indicated on the enclosed "Document Cover Sheet".

The cost associated with processing your FOIA request did not meet the minimum; there is no charge at this time.

Insofar as your request has been partially denied by deletions, you have the right to file an Administrative Appeal by following the procedures outlined in Part III of the enclosed form.

Sincerely yours,

Jessie M. Price
Disclosure Specialist

Enclosure

#7

# DOCUMENT COVER SHEET: EXEMPTIONS LIST AND APPEAL RIGHTS

**Part I – Document cover sheet**

| | | |
|---|---|---|
| 1. Requesters' name <br> *Jimmy Lee Sharbutt* | 2. File no. <br> 05-1382 | 3. Requested documents were referred by the following agency: 0 |
| 4. Documents are being released: <br> [ ] at cost   [✓] without cost | 5. Package ends with documents no.: 131 | 6. Total no. of documents denied: 0 |

7. Exemptions cited for information withheld on pages released: (See Part II of explanations of exemptions)

[ ] (b) (1)   [✓] (b) (2)   [✓] (b) (3) 26 USC 6103  [ ] (b) (4)   [ ] (b) (5)   [ ] (b) (6)

[ ] (b) (7) (A)   [ ] (b) (7) (B)   [✓] (b) (7) (C)   [ ] (b) (7) (D)   [ ] (b) (7) (E)   [ ] (b) (7) (F)

8. Documents completely withheld:

| Document no. -----Exemption | Document no. -----Exemption | Document no. -----Exemption |
|---|---|---|
| _____ _____ | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |

9. The records identified above have been determined to be most directly responsive to your request. Other records, described below are available upon payment of ten (10) cents per page (or at no cost if a fee waiver is granted). These records generally consist of similar or repetitive information that restates information contained in the package being released. A sample of index of these records is included in this released. The following records are available upon written request:

No. of pages

(a) Exhibits to Report (See index on page_____)    _____
(b) Surveillance Reports (See sample page_____)    _____
(c) Interagency Telegrams and Messages (See sample page_____)    _____
(d) Property Disposition records (See sample page_____)    _____
(e) Newspaper or magazine article (See sample page_____)    _____
(f) Miscellaneous (See sample page)

Note:  To obtain copies of these records, identify which records you want count the pages and multiply by ten (10) cents. Send a check or money order payable to Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and mail to Chief, Disclosure Division, ATF; 650 Mass. Ave., Rm 8400, Washington, DC 20226. Request promptly for best service, as files are returned to field offices fifteen (15) days after this notice is mailed to you.

(Parts II and III on reverse side)

#8

**PART II – LIST OF FREEDOM OF INFORMATION ACT EXEMPTIONS**, TITLE 5 UNITED STATES CODE 552 (b) – Information exempt from Disclosure

(1) specifically authorized under criteria established by an Executive Order to be kept secret in the interest of national defense or foreign policy, and are in fact properly classified pursuant to such Executive order;

(2) related solely to the internal personnel rules and practices of an agency;

(3) specifically exempted from disclosure by statute;

(4) trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(5) inter-agency or intra-agency memoranda or letter which would not be available by law to a party other than an agency in litigation with the agency;

(6) personnel and medical files and similar files, the disclosure of which would constitute a clear and unwarranted invasion of personal privacy;

(7) Investigatory records compiled for law enforcement purposes, but only to the extent that the production of such records could:

    (a) interfere with enforcement proceedings
    (b) deprive a person of a right to a fair trial or an impartial adjudication;
    (c) constitute an unwarranted invasion of personal privacy;
    (d) disclose the identity of a confidential source and, in the case of a record compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, confidential information furnished only by the confidential source;
    (e) disclose investigative techniques and procedures;
    (f) endanger the life or physical safety of law enforcement personnel

(8) contained in or related to examination, operation, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(9) geological and geophysical information and data, including maps, concerning wells.

**PART III – APPEAL RIGHT PROCEDURES -** You have the right to appeal any item of information which has been withheld. You may challenge the withholding of the information by filing a request for an administrative appeal, write to the: Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001.

(1) Your appeal must be signed by the requestor; mailed or hand-delivered to the U.S. Department of Justice, Office of Information and Privacy (OIP) within sixty (60) days of the date of our initial determination (this letter);

(2) State that your appeal concerns ATF records, and use the "File Number" that appears in box #2 on the front of this page. Reasonably describe the requested records which the appeal concerns;

(3) Set forth the address where the requestor desires to be notified of the determination of the Appeal;

(4) Specify the date of the initial request and the date of the letter denying the initial request; and

(5) Petition the OIP, to grant the request for records and state any arguments in support thereof.

Your appeal will be considered by the OIP and you will be notified by mail.

**FOIA APPEAL**

Date: September 10, 2005

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C.  20530

RE: FOIA to  ATF&E

Request No. 05-1382:JMP   100060

Date of Request: 8/16/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

BATF&E _____ in conjunction to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

__X__ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed.  The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

(name)  Jimmy Sharbutt

(No.)   09112-062

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

cc: file

#9

NOTICE:  Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

OCT 2 4 2005

Mr. Jimmy Lee Sharbutt, Jr.
Register No. 09112-062
Federal Correctional Complex        Re:    Appeal No. 05-2813
Post Office Box 3000                        Request No. 05-1382
Forrest City, AR  72336                     BVE:KAM

Dear Mr. Sharbutt:

    You appealed from the action of the Bureau of Alcohol, Tobacco,
Firearms, and Explosives on your request for access to records
concerning you.

    After carefully considering your appeal, I have decided to
affirm the ATF's action on your request.

    These records are exempt from the access provision of the
Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See 28 C.F.R.
§ 16.106 (2004).  Because these records are not available to you
under the Privacy Act, your request has been reviewed under the
Freedom of Information Act in order to afford you the greatest
possible access to the records you requested.

    The ATF properly withheld certain information that is protected
from disclosure pursuant to:

    5 U.S.C. § 552(b)(2), which concerns matters that are
    related solely to internal agency practices;

    5 U.S.C. § 552(b)(3), which concerns matters specifically
    exempted from release by statute (including, in this
    instance, the Consolidated Appropriations Act of 2005,
    Pub. L. No. 108-447, 118. Stat. 2809, 2859 (2004), which
    prohibits the ATF from expending funds to release portions
    of the records you requested); and

#10

-2-

5 U.S.C. § 552(b)(7)(C), which concerns records or
information compiled for law enforcement purposes, the
release of which could reasonably be expected to
constitute an unwarranted invasion of the personal
privacy of third parties.

I have also determined that this information is not appropriate for
discretionary release.

Furthermore, I am denying your request that we itemize and
justify each item of the information withheld.  You are not entitled
to such a listing at the administrative stage of processing FOIA
requests and appeals.  See Judicial Watch v. Clinton, 880 F. Supp. 1,
10 (D.D.C. 1995).

If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Daniel J. Metcalfe
                              Director

                    By:    _Melanie Ann Pustay_

                              Melanie Ann Pustay
                              Deputy Director

#11

To: Director                                    Date: April 19, 2005

Executive Office for United States Attorneys

Department of Justice; 600 E Street, NW

Washington, D. C. 20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

Please search Tulsa and Oklahoma City, OK and send me everything used to prosecute me regardless if any of it is court records or not.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    JIMMY LEE SHARBUTT, JR

DATE OF BIRTH :    June 12, 1961

PLACE OF BIRTH :    Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:    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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 19th day of April, 2005.

By X _Jimmy Lee Sharbutt Jr._
                    Affiant Herein

(28 USC Section 1746)

Name:    Jimmy Lee Sharbutt

Reg. No.    09112-062

#11



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

JUN - 6 2005

Request Number: 05-1451          Requester:  Jimmy L. Sharbutt, Jr.

Subject:  Self (OKW)

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request.</u> If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                Sincerely,

                *Marie A. O'Rourke*

                Marie A. O'Rourke
                Assistant Director

Form No. 001 -6/05

#12



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA Unit

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 616-6757*
*FAX (202) 616-6478*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

#13



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

JUN - 6 2005

Request Number: 05-1450          Requester:  Jimmy L. Sharbutt, Jr.

Subject:  Self (OKN)

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

     Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

     EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

     By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

               Sincerely,

               *Marie A. O'Rourke*

               Marie A. O'Rourke
               Assistant Director

#14

Form No. 001 -6/05



**U.S. Department of Justice**

Executive Office for United States Attorneys

| | | |
|---|---|---|
| FOIA Unit | *Suite 7300, Bicentennial Building*<br>*600 E Street, N.W.*<br>*Washington, DC 20530* | *(202) 616-6757*<br>*FAX (202) 616-6478* |

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

#15



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

JUN 16 2005

| | | | |
|---|---|---|---|
| Request Number: | **05-1451** | Date of Receipt: | **5-6-05** |
| Requester: | **Jimmy Sharbutt** | | |
| Subject: | **Self** | | |

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.  [  ]   A search for records located in this office has revealed no records.

2.  [ x ]   A search for records located in the United States Attorney's Office(s) for the **Western District of Oklahoma** has revealed no records.

3.  [  ]   The records which you have requested cannot be located.

4.  [  ]   This office is continuing its work on the other subject/districts mentioned in your request.

5.  [ x ]   This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 005 - 11/02

#16

## FOIA APPEAL

| | |
|---|---|
| **To:** Co-Director | **Date:** June 28, 2005 |
| Office of Information & Privacy | |
| Department of Justice | RE: FOIA to ___EOUSA___ |
| FLAG BUILDING, Suite 570 | Request No. __05-1451__ |
| Washington, D. C. __20530__ | |

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:

_____EOUSA_____ in connection to my request for records.

### (check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for the following reason:

_____

_____

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

#17

Sincerely,

cc: file

X
~~Jimmy Sharbutt 09112-062~~
Box ~~3000, Forrest City, AR 72336~~



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

**JUL 18 2005**

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex-Medium
P.O. Box 3000
Forrest City, AR 72336

     Re: Request No. 05-1451

Dear Mr. Sharbutt:

     This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on July 12, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2266**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                    Sincerely,

                    Priscilla Jones
                    Chief, Administrative Staff

#18

**FOIA APPEAL**

To: _Ass-Director_                         Date: _July 30, 2005_

_Office of Information Service_            RE: FOIA to: _EOUSA_

_Department of Justice_                    Request No. _05-1450_

_FLAG BUILDING, Suite 570_                 Date of Request: _4/19/05_

_Washington, D.C. 20530_

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

_EOUSA - OKN_ _____ in conjunction to my request for records.
        (check appropriate box or boxes below)

| | |
|---|---|
| X | The agency has not responded and the time limits within which to do so has expired. |
| ____ | The agency has claimed that no records could be found and I want to appeal that "no records" response. |
| ____ | The agency has blanket denied release of records. |
| ____ | The agency has released certain records and withheld some by claiming certain exemptions. |
| ____ | The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions. |
| ____ | The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search. |
| ____ | The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law. |
| X | I believe the agency action or inaction otherwise unjust for the following reason : |

_Violations of the FOIA time limits within which to respond or_

_process my request for records used to prosecute me._

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed. The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                      Sincerely,
                      X

| |
|---|
| (name)   Jimmy Sharbutt |
| (No.)    09112-062 |
| Federal Correctional Complex |
| Box 3000 (MEDIUM) |
| Forrest City, Arkansas 72336 |

#19

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
            timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

AUG 2 2 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR  72336

      Re:  Request No. 05-1450

Dear Mr. Sharbutt:

      This responds to your letter dated July 30, 2005, in which you sought to appeal from the failure of the Executive Office for United States Attorneys to respond to your request for access to records.

      I have notified the EOUSA of your communication.  It is my understanding that the EOUSA is still processing your request.  Although the Act authorizes you to treat the failure of the EOUSA to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the EOUSA. Our function is limited to the review of those records to which access is in fact denied.  You may appeal again to this Office when the EOUSA completes its action on this particular request if any of the material is denied.  We will then open a new appeal and review the EOUSA's substantive action on your request.

      In the event that the EOUSA still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court.  I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                        Sincerely,

                        Richard L. Huff
                        Co-Director

RLH:PAJ:CIH

#20



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7100*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

SEP 29 2005

Requester: Jimmy L. Sharbutt, Jr.

Request Number: 05-2813-R

Government Component that referred material: United States
Marshal's Service

Dear Requester:

    This is in reply to your Freedom of Information Act/Privacy
Act request of 4-19-05_____. Records were referred to us by
the government component above for direct response to you.

    The referred material has been considered under both the
FOIA and the Privacy Act to provide you the greatest degree of
access. Exemptions have been applied when deemed appropriate
either for withholding records in full or for excising certain
information. The exemptions cited are marked below. An
enclosure to this letter explains the exemptions in more detail.

|  | Section 552 |  |  | Section 552a |  |
|---|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(4) | [ ] (b)(7)(B) | [X] (j)(2) | | |
| [ ] (b)(2) | [ ] (b)(5) | [X] (b)(7)(C) **EOUSA** | [ ] (k)(2) | | |
| [ ] (b)(3) | [ ] (b)(6) | [ ] (b)(7)(D) | [ ] (k)(5) | | |
| ___ | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] ____ | | |
| ___ | | [ ] (b)(7)(F) | | | |

    We have reviewed approximately___4__ page(s) of material:

___1___ page(s) are being released in full (RIF); **(per EOUSA)**
___3___ page(s) are being released in part (RIP);
_____ page(s) are withheld in full (WIF) and
_____ pages were duplicate copies of material already processed.

    You may appeal my decision to withhold records in this
matter by writing within sixty (60) days from the date of this
letter, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

  Both the envelope and letter of appeal must be clearly
marked "Freedom of Information Act/Privacy Act Appeal."

#21

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

This is the final action this office will take concerning your request.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)

(Page 2 of 2)
Form No. 024 - 6/02

#22

**FOIA APPEAL**

To:                                                    Date: October 5, 2005

Co-Director

Office of Information & Privacy          RE: FOIA to EOUSA

Department of Justice                        Request No. 05-2813-R

FLAG BUILDING, Suite 570                 Date of Request: 9/29/05

Washington, D. C. 20530

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

EOUSA refered fr_____(check appropriate box or boxes below) in conjunction to my request for records.

_____ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

__X__ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction. The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X _____

(name)    Jimmy Sharbutt

(No.)       09112-062

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

#23

cc: file

NOTICE:    Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

OCT 2 6 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

Re: Request No. 05-2813-R

Dear Mr. Sharbutt:

    This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on October 20, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0268**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

#24

To: Director

Date: April 19, 2005

United States Marshals Service

Department of Justice

Washington, D. C. 20530

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:

Search the Tulsa & Oklahoma City and El Reno, OK districts and

Forrest City, AR

    I will pay reasonable search and reproduction fees.

        My biographical data is as follows:

FULL NAME    JIMMY LEE SHARBUTT, JR

DATE OF BIRTH :    June 12, 1961

PLACE OF BIRTH :    Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:    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

    I declare under penalty of perjury that the aforementioned biograph- ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ___19th___ day of ___April___ , ___2005___ .

By X _Jimmy Lee Sharbutt Jr._
                  Affiant Herein

(28 USC Section 1746)

Name:    Jimmy Lee Sharbutt

Reg. No.    09112-062

#25



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC  20530-1000*

May 13, 2005

Jimmy Lee Sharbutt
Reg. No. 09112-062
Federal Correctional Complex (Med)
POB 3000
Forrest City, AR 72335

    **Re: Freedom of Information/Privacy Act Request**
      **No: 2005USMS8368**

Dear Mr. Sharbutt:

    The United States Marshals Service is in receipt of your request for records maintained by this Bureau. We have commenced a search for documents responsive to your request and will contact you when our processing is complete.

    Although we are unable to determine at this time the amount of fees to be charged to you, if any, the filing of your request constitutes your agreement to pay all applicable fees that may be charged under 28 C.F.R. § 16.11 or § 16.49, up to $25.00. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

        Sincerely,

        ARLETA D. CUNNINGHAM
        **Acting FOI/PA Officer**
        **Office of General Counsel**

#26

## FOIA APPEAL

To:  Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C. 20530

Date: June 30, 2005

RE: FOIA to USMS

Request No. 2005USMS8368

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:

_____USMS_____ in connection to my request for records.

(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

__X___ I believe the agency action or inaction otherwise unjust for the following reason:
I appeal the unreasonable delay in processing my request and the violation of the FOIA time limits.

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

#27

Sincerely,

cc: file

X
Jimmy Sharbutt  09112-062
Box 3000, Forrest City, AR 72336



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC  20530-1000*

July 6, 2005

Jimmy Lee Sharbutt Jr.
Reg. No. 09112-062
Federal Correctional Complex (Med)
POB 3000
Forrest City, AR 72335

Re:     **Freedom of Information/Privacy Act Request**
        **Request No: 2005USMS8368**

Dear Mr. Sharbutt:

Reference is made to your above-captioned request.

Pursuant to your request, the Marshals Service conducted a search in the districts you identified in your request letter and failed to locate any records and/or information indexed to your name.

If you consider my response to be a denial of your request, you may appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Washington, D.C. 20530, within 60 days of your receipt of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Thank you for your patience while the U.S. Marshals Service processed your request.

Sincerely,

*Shaaren S. Keys for*

**WILLIAM E. BORDLEY**
**Associate General Counsel/FOIPA Officer**
**Office of General Counsel**

#28

**FOIA APPEAL**

To: __Co-Director__                          Date: __July 16, 2005__

__Office of Information and Privacy__    RE: FOIA to __USMS__

__Department of Justice__                Request No. __2005USMS8368__

__FLAG BUILDING, Suite 570__             Date of Request: __4/19/05__

__Washington, D.C. 20530__

Dear Sir:

    This is an appeal under the Freedom of Information Act.
    Please review the action or inaction of the following agency:

__US Marshals Service__          in conjunction to my request for records.
           (check appropriate box or boxes below)

| | |
|---|---|
| _____ | The agency has not responded and the time limits within which to do so has expired. |
| __X__ | The agency has claimed that no records could be found and I want to appeal that "no records" response. |
| _____ | The agency has blanket denied release of records. |
| _____ | The agency has released certain records and withheld some by claiming certain exemptions. |
| _____ | The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions. |
| _____ | The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search. |
| _____ | The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law. |
| __X__ | I believe the agency action or inaction otherwise unjust for the following reason : |

I am in federal prison as a result of federal charges and the Marshals

must have the records I seek because they took me back and forth

to US Court.

    Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

                       Sincerely,
                       X

| | |
|---|---|
| (name) | Jimmy Sharbutt |
| (No.) | 09112-062 |
| Federal Correctional Complex | |
| Box 3000 (MEDIUM) | |
| Forrest City, Arkansas 72336 | |

#29

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: *(202) 514-3642*                    *Washington, D.C. 20530*

AUG 0 1 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR  72336

      Re:  Request No. 2005USMS8368

Dear Mr. Sharbutt:

      This responds to your letter dated June 30, 2005, in which you sought to appeal from the failure of the United States Marshals Service to respond to your request for access to records.

      I have notified the USMS of your communication. It is my understanding that the USMS is still processing your request. Although the Act authorizes you to treat the failure of the USMS to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the USMS. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the USMS completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the USMS's substantive action on your request.

      In the event that the USMS still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                          Sincerely,

                          Richard L. Huff
                          Co-Director

RLH:PAJ:CIH                    #30