

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

AUG 1 0 2005

Mr. Jimmy L. Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

  Re:  Request No. 2005USMS8368

Dear Mr. Sharbutt:

  This is to advise you that your administrative appeal from the action of the United States Marshals Service on your request for information from the files of the Department of Justice was received by this Office on July 27, 2005.

  The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-2464**.  Please mention this number in any future correspondence to this Office regarding this matter.

  We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

       Sincerely,

       Priscilla Jones
       Chief, Administrative Staff

#3 1

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC  20530-1000*

September 19, 2005

Jimmy Sharbutt
Reg. No. 09112-062
FCC POB 3000
Forrest City, AR 72336

      Re:    **Freedom of Information/Privacy Act Request No.**
                **2005USMS8368; Subject: Self**

Dear Mr. Sharbutt:

      As a result of your appeal to the Office of Information and Privacy, the U.S. Marshals Service is making a supplemental disclosure to you.

      Pursuant to your request, the Marshals Service conducted a supplemental search and located 55 documents indexed to your name.  Seven (7) of these documents originated with or contain information which originated with the Federal Bureau of Investigation (3 pages), and the Executive Office for U.S. Attorneys (4 pages).  These seven documents have been referred to the respective agencies for consultation and direct response to you pursuant to 28 C.F.R. Section 16.42(d).

      The remaining 48 documents are being released to you with deletions.  However, the names of government personnel, names and information on third party individuals, and other prisoners have been deleted from these documents pursuant to exemption 7(C) of the Freedom of Information Act, 5 U.S.C. Section 552(b).  Exemption 7(C) allows this Bureau to withhold records or information compiled for law enforcement purposes to the extent that the disclosure of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.  As such, this material is not appropriate for discretionary release.

      Please find the above-mentioned 48 documents enclosed.

#32

If you are dissatisfied with my action on this request, you may appeal from this partial denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within 60 days of your receipt of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Sincerely,

WILLIAM E. BORDLEY
Associate General Counsel/FOIPA Officer
Office of General Counsel

Enclosures

#33



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                                       _Washington, D.C. 20530_

SEP 23 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex-Medium
P.O. Box 3000
Forrest City, AR 72336

     Re: Request No. 05-1382

Dear Mr. Sharbutt:

     This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on September 19, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2813.** Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                      Sincerely,

                      Priscilla Jones
                      Chief, Administrative Staff

#34

**FOIA APPEAL**

To: Co-Director

Date: September 25, 2005

Office of Information & Privacy

Department of Justice

RE: FOIA to __USMS__

FLAG BUILDING, Suite 570

Request No. 2005USMS8368

Washington, D. C.  20530

Date of Request: 9/19/05 release

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
_____ USMS _____ in conjunction to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

__X__ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X

(name)  Jimmy Sharbutt

(No.)  09112-062

Federal Correctional Complex

Box 3000 (MEDIUM)

#35

Forrest City, Arkansas 72336

cc: file

NOTICE:   Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

To: Director                                      Date: April 19, 2005

Federal Bureau of Investigation

J. Edgar Hoover Building

Washington, D. C. 20535

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search: All records in the Central Office

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME    JIMMY LEE SHARBUTT, JR

DATE OF BIRTH :    June 12, 1961

PLACE OF BIRTH :    Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:    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

    I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 19th day of April            , 2005        .

                         By    X _Jimmy Lee Sharbutt Jr._
                                 Affiant Herein

(28 USC Section 1746)

Name:    Jimmy Lee Sharbutt

Reg. No.    09112-062

#36

To: Special Agent In Charge                     Date: April 19, 2005

Federal Bureau of Investigation

3301 W Memorial

Oklahoma City, OK  73134

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All records especially in Tulsa & Ok City, OK

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    JIMMY LEE SHARBUTT, JR

DATE OF BIRTH :    June 12, 1961

PLACE OF BIRTH :    Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:    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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ___19th___ day of ___April___, ___2005___.

By X _Jimmy Lee Sharbutt Jr._
                                        Affiant Herein

(28 USC Section 1746)

Name: Jimmy Lee Sharbutt

Reg. No. 09112-062

#37

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*May 12, 2005*

MR. JIMMY LEE SHARBUTT, JR
**09112-062
POST OFFICE BOX 3000
FORREST CITY, AR 72335

Request No.: 1020378- 000
Subject: JIMMY LEE SHARBUTT, JR

Dear Mr. Sharbutt:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above. Your request was forwarded to FBI Headquarters from our Oklahoma City Field Office.

Based on the information furnished, a search of the automated indices to our central records system files located no records at our Oklahoma City Field Office responsive to your FOIPA request to indicate you have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January I, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you will have to request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

#38



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*May 19, 2005*

MR. JIMMY LEE SHARBUTT, JR
\*\*09112-062
POST OFFICE BOX 3000
FORREST CITY, AR 72335

Request No.: 1020837- 000
Subject: JIMMY LEE SHARBUTT, JR

Dear Mr. Sharbutt:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our central records system files located no records at FBI Headquarters responsive to your FOIPA request to indicate you have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January l, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you will have to request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

#39

## FOIA APPEAL

To: Co-Director                                    Date: June 4, 2005

  Office of Information & Privacy

  Department of Justice

  FLAG BUILDING, Suite 570          RE: FOIA to        FBI

  Washington, D. C. 20530            Request No. 1020837-000

Dear Sir:

    This is an appeal under the Freedom of Information Act.

    Please consider reviewing the action or inaction of the agency:

_____FBI_____ in connection to my request for records.

        (check appropriate box or boxes below)

_____  The agency has not responded and the time limits within which
to do so has expired.

__X__  The agency has claimed that no records could be found and I
want to appeal that "no records" response.

_____  The agency has blanket denied release of all records.

_____  The agency has released certain records and withheld some
by claiming certain exemptions.

_____  The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____  I believe the agency action or inaction otherwise unjust for
the following reason:

_____

_____

    Appellant believes the agency has acted arbitrary and/or capricious
and asks for review of the action/inaction.

    The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed.  Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.

        #40          Sincerely,

           X

cc: file

        Jimmy Lee Sharbutt 09112-062
        Box 3000, Forrest City, AR 72336

# FOIA APPEAL

To: Co-Director _____                    Date: June 9, 2005 _____

Office of Information & Privacy _____

Department of Justice _____                    RE: FOIA to FBI OK City, OK

FLAG BUILDING, Suite 570 _____                    Request No. 1020378-000 _____

Washington, D. C. 20530 _____

Dear Sir:

   This is an appeal under the Freedom of Information Act.

   Please consider reviewing the action or inaction of the agency:

FBI Field Office OK, City, OK _____ in connection to my request for records.

                (check appropriate box or boxes below)

_____   The agency has not responded and the time limits within which
          to do so has expired.

__X___    The agency has claimed that no records could be found and I
          want to appeal that "no records" response.

_____   The agency has blanket denied release of all records.

_____   The agency has released certain records and withheld some
          by claiming certain exemptions.

_____   The agency has withheld certain records but has not claimed
          any exemptions or stated any reason for the deletions.

_____   I believe the agency action or inaction otherwise unjust for
          the following reason:

          _____

          _____

   Appellant believes the agency has acted arbitrary and/or capricious
and asks for review of the action/inaction.

   The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed. Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.

                    #41          Sincerely,
                            X

cc: file
                    Jimmy Sharbutt No. 09112-062
          Box 3000, FCC, Forrest City (MEDIUM), AR 72336



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUN 2 2 2005

Mr. Jimmy L. Sharbutt
Register No. 09112-062
Federal Correctional Complex-Medium
P.O. Box 3000
Forrest City, AR 72336

Re: Request No. 1020837-000

Dear Mr. Sharbutt:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on June 15, 2005.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2053**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

#42



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**JUN 2 8 2005**

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72335

     Re: Request No. 1020378-000

Dear Mr. Sharbutt:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on June 21, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2088**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                    Sincerely,

                    Priscilla Jones
                    Chief, Administrative Staff

#43



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

OCT 0 3 2005

Mr. Jimmy L. Sharbutt                Re:   Appeal Nos. 05-2053 &
Register No. 09112-062                     05-2088
Federal Correctional Complex               Request Nos. 1020837 &
Post Office Box 3000                       1020378
Forrest City, AR  72336                    RLH:ADW:ALB

Dear Mr. Sharbutt:

    You appealed from the actions of the Oklahoma Field Office and
the Headquarters Office of the Federal Bureau of Investigation on
your requests for access to records concerning you.

    After carefully considering your appeals, and as a result of
discussions between FBI personnel and a member of my staff, I have
decided to affirm the FBI's action on Request No. 1020837 and to
remand the FBI's action on Request No. 1020378.

    Th Headquarters Office informed you that it could locate no
responsive records in its Central Records System (Request No.
1020837). It has been determined that the Headquarters Office's
response is correct.

    With respect to your request to the Oklahoma Field Office
(Request No. 1020378), subsequent to your appeal, the FBI conducted a
further search and located records responsive to your request.
Accordingly, I have decided to remand your request to the FBI for
processing of the responsive records. The FBI will send the
releaseable portions of these records to you directly, subject to
applicable fees. If you are dissatisfied with the FBI's ultimate
action on these records, you may appeal again to this Office.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

#44                                     Richard L. Huff
                                        Co-Director



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

DECEMBER 30, 2005

JIMMY LEE SHARBUTT JR
**09112-062
FEDERAL CORRECTIONAL COMPLEX
POST OFFICE BOX 3000
FORREST CITY, AR 72336

Subject: 12292005

FOIPA No. 1030253- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3) | ☐(b)(7)(C) | ☐(k)(1) |
| | ☐(b)(7)(D) | ☐(k)(2) |
| | ☐(b)(7)(E) | ☐(k)(3) |
| | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

**3 page(s)** were reviewed and **3 page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s),

44A

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

This release is a result of a referral from United States Marshal's Service, pertaining to their review of their files pursuant to litigation.



**FOIA APPEAL**

To: Co-Director                                         Date: January 7, 2006

Office of Information & Privacy

Department of Justice                          RE: FOIA to FBI

FLAG BUILDING, Suite 570                   Request No. 1030253-000

Washington, D. C.   20530                   Date of Request: 12/30/05
                                                              (release)
Dear Sir:                                          USMS referral 12292005

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
  FBI
_____ in conjunction to my request for records.
      (check appropriate box or boxes below)

_____  The agency has not responded and the time limits within which
    to do so has expired.

_____  The agency has claimed that no records could be found and
    I want to appeal that "no records" response.

_____  The agency has blanket denied release of records.

  X   The agency has released certain records and withheld some
_____  by claiming certain exemptions.

_____  The agency has withheld certain records but has not claimed
    any exemptions or stated any reason for the deletions.

_____  The agency has claimed there are no records available or
    they have been destroyed and I believe they have not made
    a sufficient search.

_____  The agency has stated records were destroyed but has not
    stated where, how, when and for what reason and by whome
    they were destroyed and under what provision of the law.

_____  I believe the agency action or inaction otherwise unjust
    for the following reason :

_____

_____

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                     Sincerely,
                     X

        (name)    Jimmy Sharbutt

        (No.)    09112-062

        Federal Correctional Complex

        Box 3000 (MEDIUM)

        Forrest City, Arkansas 72336

44C

cc: file

NOTICE:   Failure to respond to this administrative appeal in a
        timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

AUG 1 5 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

      Re:  Request No. CRM200500658P

Dear Mr. Sharbutt:

      This responds to your letter dated July 26, 2005, in which you sought to appeal from the failure of the Criminal Division to respond to your request for access to records.

      I have notified the Criminal Division of your communication. It is my understanding that the Criminal Division is still processing your request. Although the Act authorizes you to treat the failure of the Criminal Division to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the Criminal Division. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the Criminal Division completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the Criminal Division's substantive action on your request.

      In the event that the Criminal Division still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                        Sincerely,

                        Richard L. Huff
                        Co-Director

#45

RLH:PAJ:CIH



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                                    *Washington, D.C. 20530*

CRM-200500658P

AUG 3 0 2005

Mr. Jimmy Sharbutt
Reg. NO. 09112-062
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR  72335

Dear Mr. Sharbutt:

This is in response to your request of June 9, 2005,
pursuant to the Privacy Act, for access to records concerning
you.

We did not find any Criminal Division records pertaining to
you in our search of the indexes for the appropriate Criminal
Division systems you designated.

If you consider this response to be a denial of your
request, you have a right to an administrative appeal of this
determination. Department regulations provide that such appeals
must be filed within sixty days of your receipt of this letter.
28 C.F.R. 16.45. Your appeal should be addressed to: Co-
Director, Office of Information and Privacy, Flag Building, Suite
570, United States Department of Justice, Washington, D.C. 20530.
Both the envelope and the letter should be clearly marked with
the legend "FOIA Appeal." If you exercise this right and your
appeal is denied, you also have the right to seek judicial review
of this action in the federal judicial district (1) in which you
reside, (2) in which you have your principal place of business,
(3) in which the records denied are located, or (4) for the
District of Columbia. If you elect to file an appeal, please
include, in your letter to the Office of Information and Privacy,
the Criminal Division file number that appears above your name in
this letter.

Sincerely,

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit

#46

**FOIA APPEAL**

To: CO - DIRECTOR                              Date: 9/15/05

OFFICE OF INFORMATION & PRIVACY
DEPARTMENT OF JUSTICE                  RE: FOIA to CRIM DIV
FLAG BUILDING SUITE 570                Request No. 200500658P
WASHINGTON, D.C. 20530                 Date of Request: 8/30/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

CRIM. DIV. USDOJ _____ in conjunction to my request for records.
(check appropriate box or boxes below)

_____    The agency has not responded and the time limits within which
          to do so has expired.
  X       The agency has claimed that no records could be found and
          I want to appeal that "no records" response.
_____    The agency has blanket denied release of records.

_____    The agency has released certain records and withheld some
          by claiming certain exemptions.
_____    The agency has withheld certain records but has not claimed
          any exemptions or stated any reason for the deletions.
_____    The agency has claimed there are no records available or
          they have been destroyed and I believe they have not made
          a sufficient search.
_____    The agency has stated records were destroyed but has not
          stated where, how, when and for what reason and by whome
          they were destroyed and under what provision of the law.
_____    I believe the agency action or inaction otherwise unjust
          for the following reason :

_____
_____
_____

Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed. The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                              Sincerely,
                              X _____
                              (name) Jimmy Sharbutt
                              (No.) 09112-062
                              Federal Correctional Complex
                              Box 3000 (MEDIUM)
                              Forrest City, Arkansas 72336

#47

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
           timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

OCT 0 4 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

     Re:  Request No. 200500658P

Dear Mr. Sharbutt:

     This is to advise you that your administrative appeal from the action of the Criminal Division on your request for information from the files of the Department of Justice was received by this Office on September 27, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-2891**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

               Sincerely,

               Priscilla Jones
               Chief, Administrative Staff

#48



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                 _Washington, D.C. 20530_

OCT 2 4 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Institution        Re:   Appeal No. 05-2891
Post Office Box 3000                            Request No. CRM200500658P
Forrest City, AR  72336                         BVE:KAH

Dear Mr. Sharbutt:

    You appealed from the action of the Criminal Division on your
request for access to records concerning you.

    After carefully considering your appeal, I have decided to
affirm the Criminal Division's action on your request.

    The Criminal Division informed you that it could locate no
responsive records in its files.  It has been determined that the
Criminal Division's response is correct.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Daniel J. Metcalfe
                              Director

                         By:    M Pustay

                              Melanie Ann Pustay
                              Deputy Director

#49

To: ___Director_____     Date: ___April 19, 2005___

Federal Bureau of Prisons

320 First Street, NW

Washington, D. C. 20534

Dear Sir:

   This is a request under the Freedom of Information Act.

   I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

   The following particulars may assist you in your search:
Please search El Reno, OK; Ok City, OK and Forrest City, AR MED
and produce all ISM and SIS and SIA files including my FOIA EXEMPT file.

   I will pay reasonable search and reproduction fees.

           My biographical data is as follows:

FULL NAME ___JIMMY LEE SHARBUTT, JR___

DATE OF BIRTH : ___June 12, 1961___

PLACE OF BIRTH : ___Miami, Oklahoma USA___

SOCIAL SECURITY NUMBER: ___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___

   I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ___19th___ day of ___April___, ___2005___.

                                 By X _Jimmy Lee Sharbutt Jr._
                                       Affiant Herein

(28 USC Section 1746)

Name: ___Jimmy Lee Sharbutt___

Reg. No. ___09112-062___

#50



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

May 19, 2005

Jimmy Lee Sharbutt
Register Number 09112-062
Federal Correctional Institution (Med)
Post Office Box 3000
Forrest City, Arkansas 72336

Re:   Freedom of Information Request Number 2005-05147

Dear Mr. Sharbutt:

This is in response to your recent letter in which you requested
copies of all Federal Bureau of Prisons records that pertain to
you, including all Inmate Systems Management (ISM), Special
Investigative Supervisor/Agent (SIS/SIA), and "FOI Exempt" records.
You also request documents generated at Bureau of Prisons
facilities where you were previously incarcerated.  Your request
for all records is interpreted as a request for copies of records
maintained in your central and medical files.

Please note, the majority of the records created by Bureau of
Prisons staff at facilities where you have previously been
incarcerated would be maintained in your central file, which is
accessible to you where you are currently confined.  Title 28, Code
of Federal Regulation, Section 16.4(b), requires you to describe
the records that you seek in enough detail to enable staff to
locate them with a reasonable amount of effort.  If you are seeking
copies of specific records other than those maintained at your
current institution, you should resubmit your request, with
additional information to identify the specific records, to the
Bureau of Prisons, Office of General Counsel, 320 First Street, NW,
Washington, D.C. 20534.  The envelope and the request must be
clearly marked "Privacy Act Request."

Bureau of Prisons, Program Statement 1351.05, <u>Release of
Information</u>, states that an inmate who wishes to have copies of
materials in his file should first present his request to local
institution staff.  If, after you review the materials locally, you
wish to acquire additional documents, you may submit a separate
request describing the records sought to the Bureau of Prisons,
Office of General Counsel, 320 First Street, N. W., Washington,

**SENSITIVE - LIMITED OFFICIAL USE**

#51

FOIA Req. No. 2005-05147                    May 19, 2005
Jimmy Sharbutt; Reg. No. 09112-062          Page 2

D.C.  20534.  The envelope and the request must be clearly marked
"Privacy Act Request."

Please note, copies of the documents maintained by the ISM
department are routinely maintained in your central file.  However,
if you wish to review the J&C file maintained by ISM, you should
submit a request to ISM staff in accordance with established
institution procedure.

By copy of this letter, I am informing staff at the institution
that you should be provided an opportunity to review your central
and medical files and be provided copies of all releasable
documents.

Copies of the documents maintained in the "FOI Exempt" section of
your central file and any investigative records maintained at the
Medium Security Federal Correctional Institution (FCI) in Forrest
City, Arkansas, have been requested and will be reviewed and
released as appropriate by this office.

Your request has been placed in chronological order based on the
date of receipt and will be handled as expeditiously as possible
when it is assigned for processing.

Please be advised that in accordance with Title 28, Code of Federal
Regulations, Section 16.3(c), this request constitutes an agreement
by you to pay all applicable fees up to $25.00.  Please do not
forward payment at this time.  You will be advised of the
applicable fees, if any.

Sincerely,

Michael D. Hood
Regional Counsel

lc

cc:  Linda Sanders, Warden
     FCI Forrest City (Medium)

     NOTE:  Please have the appropriate staff provide Mr. Sharbutt
     with an opportunity to review the central and medical files
     pertaining to him and obtain copies of releasable documents.
     Please note a copy of the releasing correspondence should be
     forwarded to this office.

                    SENSITIVE - LIMITED OFFICIAL USE

                            #52



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

May 24, 2005

Jimmy Lee Sharbutt
Register Number 09112-062
Federal Correctional Institution (Med)
Post Office Box 3000
Forrest City, Arkansas 72336

Re:  Freedom of Information Request Number 2005-05147

Dear Mr. Sharbutt:

This is in response to your recent letter in which you requested
copies of Federal Bureau of Prisons records that pertain to you.
Your request was interpreted as a request for copies of documents
maintained in your central and medical files and any
investigative records generated at the medium security level
Federal Correctional Institution (FCI) in Forrest City, Arkansas.

The initial response to your request, dated May 19, 2005,
instructed you to conduct a local review of the releasable
documents maintained in your central and medical files.  This
response will provide you the releasable documents, or portions
of documents, maintained in the "FOI Exempt" section of your
central file and any investigative records located in response to
your request.

A thorough investigation was conducted and a total of twenty-two
(22) pages were located in response to your request.  These
documents have been reviewed and two (2) pages are being released
in their entirety, seven (7) pages are being released with
certain information excised, and the remaining thirteen (13)
pages are being withheld.  The aforementioned withholding of
information is pursuant to:

> Title 5, United States Code, Section 552(b)(2), because the
> information is related solely to the internal personnel
> rules and practices of an agency.

**SENSITIVE - LIMITED OFFICIAL USE**

#53

FOIA Req. No. 2005-01547                          May 24, 2005
Jimmy Lee Sharbutt; Reg. No. 09112-062            Page 2

    Title 5, United States Code Section 552(b)(7)(C), because
release of the information which is compiled for law
enforcement purposes would constitute an unwarranted
invasion of the personal privacy of individuals.

    Title 5, United States Code, Sections 552(b)(7)(F), because
release of the information which is compiled for law
enforcement purposes could endanger the physical safety of
individuals.

Pursuant to Title 28, Code of Federal Regulations, Section 16.9,
this action may be appealed to the Attorney General within sixty
(60) days of the date of this letter by writing to the Office of
Information and Privacy, Department of Justice, Flag Building,
Suite 570, Washington, DC 20530.  Please ensure that the envelope
and request are clearly marked "FOI Request Appeal."

Sincerely,

Michael D. Hood
Regional Counsel

Enclosure: 9 pages

lc

SENSITIVE - LIMITED OFFICIAL USE

#54

## FOIA APPEAL

To: ___Co-Director___                          Date: June 11, 2005

Office of Information & Privacy

Department of Justice                           RE: FOIA to    BOP

FLAG BUILDING, Suite 570                        Request No.    2005-05147

Washington, D. C.   20530

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:
_____BOP_____ in connection to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which
to do so has expired.

_____ The agency has claimed that no records could be found and I
want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

__X__ The agency has released certain records and withheld some
by claiming certain exemptions.

__X__ The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for
the following reason:

_____

_____

Appellant believes the agency has acted arbitrary and/or capricious
and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed.  Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.

Sincerely,

cc: file            #55    X

Jimmy Sharbutt No. 09112-062
Box 3000, Forrest City, AR 72336



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    *Washington, D.C. 20530*

JUN 24 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72335

      Re: Request No. 2005-05147

Dear Mr. Sharbutt:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons on your request for information from the files of the Department of Justice was received by this Office on June 21, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2101**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                      Sincerely,

                      Priscilla Jones
                      Chief, Administrative Staff

#56

To:    Director                                      Date: April 19, 2005

Drug Enforcement Administration

Department of Justice

Washington, D. C. 20537

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
All Criminal Investigatory & Forfeiture records compiled from the

Tulsa & Oklahoma City, OK area.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    JIMMY LEE SHARBUTT, JR

DATE OF BIRTH :    June 12, 1961

PLACE OF BIRTH :    Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:    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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ___19th___day of ___April___, 2005.

By  X _Jimmy Lee Sharbutt Jr._
                    Affiant Herein

(28 USC Section 1746)

Name:    Jimmy Lee Sharbutt

Reg. No.    09112-062

#57

## FOIA APPEAL

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C. 20530

Date: June 16, 2005

RE: FOIA to    DEA

Request No. 47.19/05

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency: Drug Enforcement Administration in connection to my request for records. (check appropriate box or boxes below)

____X____ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for the following reason:

_____

_____

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

Sincerely,

cc: file        #58

X _____
    Jimmy Sharbutt 09112-062
Box 3000, Forrest City, AR 72336

**U.S. Department of Justice**

Drug Enforcement Administration

---

June 24, 2005

*Case Number: 05-1035-P*

*Subject of Request: SHARBUTT, JIMMY*

JIMMY SHARBUTT
REG. NO 09112-062
FCC FORREST CITY
P.O. BOX 3000
FORREST CITY, AR  72335

Dear Mr. Sharbutt:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests waiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number.  Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3(c)).

Please be assured that your request is being handled as equitably as possible.  Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records.  If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick,
Chief, Operations Unit
FOI/Records Management Section

#59



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

**JUN 2 9 2005**

Mr. Jimmy L. Sharbutt
Register No. 09112-062
Federal Correctional Complex (Med.)
P.O. Box 3000
Forrest City, AR 72335

      Re:  Request No. 05-1035-P

Dear Mr. Sharbutt:

      This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on June 24, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2135.** Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                  Sincerely,

                  Priscilla Jones
                  Chief, Administrative Staff

#60

**U. S. Department of Justice**

Drug Enforcement Administration

Freedom of Information Section
Washington, DC 20537

---

*www.dea.gov*

JUL 1 3 2005

Jimmy Lee Sharbutt, Jr.
Reg. No. 09112-062
Federal Correctional Complex (Med)
P.O. Box 3000
Forrest City, AR 72335

*Request No.:*  05-1035-P

*Subject of Request:* Sharbutt, Jimmy Lee Jr.

Dear Jimmy Sharbutt:

  This is in response to your recent correspondence dated April 10, 2005, to the Drug Enforcement Administration (DEA) seeking information on the above subject pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and/or the Privacy Act (PA), 5 U.S.C. § 552a. Your request has been reviewed surfacing the following final determination.

  We have queried our investigative indices using the information you provided as search criteria and, unfortunately, were unable to locate any records responsive to your request. If you feel that we have made this determination in error and can provide additional information which would aide us in locating the records, you may forward that information to the address below. To this end, no further action will be initiated on this request and this file is administratively closed.

    Drug Enforcement Administration
    Freedom of Information Section
    Washington, D.C. 20537

#6 1

**FOIA APPEAL**

To: Co-Director                                Date: July 23, 2005

Office of Information & Privacy Appeals

Department of Justice                          RE: FOIA to DEA

FLAG BUILDING, Suite 570                       Request No. 05-1035-P

Washington, D. C. 20530                        Date of Request: 4/19/05

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
Drug Enforcement Administration _____ in conjunction to my request for records.
      (check appropriate box or boxes below)

_____   The agency has not responded and the time limits within which to do so has expired.

__X__   The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____   The agency has blanket denied release of records.

_____   The agency has released certain records and withheld some by claiming certain exemptions.

_____   The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____   The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____   The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____   I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

_____

    Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

                 Sincerely,
                 X

                 (name) JIMMY SHARBUTT

                 (No.) 09112-062

                 Federal Correctional Complex

                 Box 3000 (MEDIUM)

#63             Forrest City, Arkansas 72336

cc: file

NOTICE:   Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    *Washington, D.C. 20530*

AUG 0 8 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex        Re:   Appeal No. 05-2135
Post Office Box 3000                       Request No. 05-1035-P
Forrest City, AR  72335                    RLH:KDC:JTR

Dear Mr. Sharbutt:

     You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning you.

     I have been informed that the DEA is still processing this
request.  Although the Freedom of Information Act authorizes you to
treat the failure of the DEA to act on your request within the
specified time limit as a denial thereof, this Office, because it
lacks the personnel resources to conduct the record reviews that are
necessary to make initial determinations on requests for records,
cannot act until the DEA has made an initial determination.  Our
function is limited to the review of those records to which access is
in fact denied.

     In the event that the DEA still has not responded to your
request at the time you receive this letter, you may, if you choose,
treat my letter as a denial of your appeal and bring action in an
appropriate federal court.  I hope that, in making a decision, you
will give sympathetic consideration to the fact that the Department
of Justice has many requests pending at this time and is making every
possible, reasonable effort to process them.

                              Sincerely,

                              Richard L. Huff
                              Co-Director

#64



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642

*Washington, D.C. 20530*

AUG 1 0 2005

Mr. Jimmy L. Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

  Re: Request No. 05-1035-P

Dear Mr. Sharbutt:

  This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on August 2, 2005.

  The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2453**. Please mention this number in any future correspondence to this Office regarding this matter.

  We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

      Sincerely,

      Priscilla Jones
      Chief, Administrative Staff

#65



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    *Washington, D.C. 20530*

SEP 1 9 2005

Mr. Jimmy L. Sharbutt
Register No. 09112-062
Federal Correctional Complex         Re:   Appeal No. 05-2453
Post Office Box 3000                        Request No. 05-1035-P
Forrest City, AR  72336                     RLH:KAM

Dear Mr. Sharbutt:

   You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning all
criminal investigatory and forfeiture records on you compiled in
Tulsa and the Oklahoma City area.

   After carefully considering your appeal, I have decided to
affirm the DEA's action on your request.

   The DEA informed you that it could locate no records responsive
to your request.  It has been determined that the DEA's response is
correct.

   If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                            Sincerely,

                            Richard L. Huff
                            Co-Director

# 66

To: Special Agent In Charge

Date: April 19, 2005

Internal Revenue Service

55 N Robinson, Suite 1056

Oklahoma City, OK 73102

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search: I am an OTHER requester, for my PERSONAL USE only, and seek all records compiled as a result of any criminal investigation in Tulsa or Ok City, and seek personal tax records from the years 1980 to date inclusively and any forfeitures or audit records.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    JIMMY LEE SHARBUTT, JR

DATE OF BIRTH :    June 12, 1961

PLACE OF BIRTH :    Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:    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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 19th day of April , 2005 .

By X _Jimmy Lee Sharbutt Jr._
Affiant Herein

(28 USC Section 1746)

Name:    Jimmy Lee Sharbutt

Reg. No.    09112-062

#67

## FOIA APPEAL

To: Director                                                    Date: June 16, 2005

Internal Revenue Service

Department of the Treasury                    RE: FOIA to IRS Oklahoma City, OK

Washington, D. C. 20224                       Request No. 4/19/05

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:
IRS Oklahoma City, OK

in connection to my request for records.

(check appropriate box or boxes below)

X    The agency has not responded and the time limits within which
to do so has expired.

_____    The agency has claimed that no records could be found and I
want to appeal that "no records" response.

_____    The agency has blanket denied release of all records.

_____    The agency has released certain records and withheld some
by claiming certain exemptions.

_____    The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____    I believe the agency action or inaction otherwise unjust for
the following reason:

_____

_____

Appellant believes the agency has acted arbitrary and/or capricious-
and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed. Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.

Sincerely,

cc: file          #68          X

_____
Jimmy Sharbutt 09112-062
Box 3000, Forrest City, AR 72336

**Internal Revenue Service**
Fresno Appeals Office
M/S #55201
5104 N. Blythe Suite 201
Fresno, CA 93722

**Department of the Treasury**

Date: July 25, 2005

**Person to Contact:**
  Terri Carrillo
  Employee ID Number: 78-00022
  Tel:  (559) 452-3224
  Fax:  (559) 452-3266
**Refer Reply to:**
  AP:FRS:CO:TC

Jimmy Sharbutt
Reg. # 09112-062
Federal Correctional Complex (medium)
PO Box 3000
Forrest City, AK   72336

**In Re:**
  Freedom of Information Act Appeal

Dear Mr. Sharbutt:

We are in receipt of your letter, dated June 16, 2005, which purports to administratively appeal under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552, the April 19, 2005 response from the Oklahoma disclosure office.

Your purported appeal was not received by the Service within the 35 day mandatory period for filing an FOIA appeal, and, is therefore untimely. 26 C.F.R. Section §601.702(c)(10)(i). An administrative appeal under the FOIA must be filed within the time limits set forth in an agency's regulations. See Oglesby v. Department of the Army, 920 F.2d 57 (D.C. Cir. 1990). We are closing our file on this matter.

Your appeal does not meet the minimum requirements of the Internal Revenue Service regulations. Reg. Section 601.702(c)(8)(iii) requires an appeal to "reasonably describe the records requested to which the appeal pertains. . . ." Reg. Section 601.702(c)(8)(v) requires an appeal to "[s]pecify the date of the request, and the office to which the request was submitted and, where possible, enclose a copy of the initial request and the initial determination being appealed. . . ."

Because of these shortfalls, we have no means by which to identify your request. Since your appeal failed to meet the minimum requirements of the regulations, you have not exhausted your administrative remedies. Because there is no jurisdiction for an administrative appeal under these circumstances, we are closing our file in regard to this matter. If you have any questions, please contact Appeals Officer Terri Carrillo at (559) 458-3224.

Sincerely,

*Marge Field*
A for Marge Field
Appeals Team Manager

#69