UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br> ) | Civil Action No. 05-2396 (JGP) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), defendants, through counsel, move this Court for an enlargement of time to and including March 3, 2006, in which to respond to plaintiff's Motion for Partial Summary Judgment. Counsel was unable to reach plaintiff to obtain his views on this Motion because he is incarcerated.

Defendant's dispositive motion is due on February 24, 2006. As this Court is aware, counsel is coordinating responses from the following offices within the Department of Justice: Bureau of Alcohol, Tobacco, Firearms & Explosives, Executive Office for United States Attorneys, United States Marshals Service, Federal Bureau of Investigation, Criminal Division, Federal Bureau of Prisons, Drug Enforcement Administration, Office of Information and Privacy and the Internal Revenue Service. The additional time is requested so that counsel can also complete the coordination for the filing of Defendants' Opposition to Plaintiff's motion.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to file its Opposition to Plaintiff's

Motion for Partial Summary Judgment be enlarged to and including March 3, 2006.

                                       Respectfully submitted,

                                       _____
                                       KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                       Assistant United States Attorney

                                       _____
                                       R. CRAIG LAWRENCE, D.C. Bar # 171538
                                       Assistant United States Attorney

                                       _____
                                       WYNEVA JOHNSON, DC Bar #278515
                                       Assistant United States Attorney
                                       Judiciary Center Bldg.
                                       555 4th Street, N.W., Civil Division
                                       Washington, D.C. 20530
                                       (202) 514-7224

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this _____ day of February, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt
#09112-062
F.C.C.
Box 3000 (MEDIUM)
Forrest City, Arkansas 72366

                                                               WYNEVA JOHNSON
                                                               Assistant United States Attorney
                                                               Judiciary Center Building
                                                               555 4th Street, N.W., E-4106
                                                               Washington, D.C. 20530
                                                               (202) 514-7224