# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JIMMY SHARBUTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-2396 (JGP)** |
| | ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) | |
| **FIREARMS AND EXPLOSIVES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendants' Motion For Enlargement of Time, any Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendants' Motion should be, and it hereby is, granted, and that defendants may have up to and including March 3, 2006, to respond to plaintiff's Motion for Partial Summary Judgement.


_____                                    _____
Date                                                        United States District Judge


Copies to:

Attorney for Defendants                      Pro Se
Wyneva Johnson                               Jimmy Sharbutt
Assistant United States Attorney             #92112-062
Civil Division                                F.C.C.
Judiciary Center Bldg.                       Box 3000 (Medium)
555 4th Street, NW,                          Forrest City, Arkansas 72366
Washington, D.C. 20001