UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JIMMY SHARBUTT,            )
                           )
              Plaintiff,   )
                           )
         v                 )    No. 05-2396 (JGP)
                           )
BATF&E, et al.,            )
                           )
              Defendants.  )

### STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

According to Rule 56 of Civil Procedure, Plaintiff hereby avers that the following statements of material fact are not in genuine dispute as to the issues of exhaustion of remedies prior to suit:

1. Plaintiff has exhausted all available remedies in his quest for judicial review as to the Defendant ATF, and in support he refers to Exhibits No. 1 through 10 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
2. Plaintiff has exhausted all available remedies in his quest for judicial review as to defendant EOUSA, and in support he refers to Exhibits 10 through 24 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
3. Plaintiff has exhausted all available remedies in his quest for judicial review as to the defendant USMS, and in support he refers to Exhibits No. 25 to 35 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
4. Plaintiff has exhausted all available remedies in his quest for judicial review as to the defendant FBI, and in support he refers to Exhibits 36 through 44C attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
5. Plaintiff has exhausted all available remedies in his quest for judicial review as to defendant CRIMINAL DIVISION of the USDOJ, and in support he refers to Exhibits No. 45 through 49 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
6. Plaintiff has exhausted all available remedies in his quest for judicial review as to the defendant BOP, and in support he refers to Exhibits 50 through 56 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
7. Plaintiff has exhausted all available remedies in his quest for judicial review as to defendant DEA, and in support he refers to Exhibits 57 through 66 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
8. Plaintiff has exhausted all available remedies in his quest for judicial review as to the defendant IRS, and in support he refers to Exhibits 67 to 69 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
9. Those exhibits and affidavit in support, attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT are prima facie evidence that plaintiff has fully exhausted all available remedies in his pursuit for the records requested as to each and every defendant above.

RECEIVED

FEB 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted this __20th__ day of January, 2006.

By X_____
JIMMY LEE SHARBUTT, JR., Pro Se
No. 09112-062; Box 3000 (MEDIUM)
Federal Correctional Complex
Forrest City, Arkansas 72336


## CERTIFICATE OF SERVICE

I, JIMMY SHARBUTT, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this statement to the United States Attorney, 555 4th St, NW., in Washington, D. C. 20530.

Executed this __20th__ day of January, 2006.

By X_____
Jimmy Sharbutt, Affiant

(28 USC Section 1746)