UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2396 (JGP) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), defendants, through counsel, move this Court for an enlargement of time to and including March 3, 2006, in which to respond to plaintiff's Complaint. Counsel was unable to reach plaintiff to obtain his views on this Motion because he is incarcerated.

As this Court is aware, counsel has been coordinating responses from the following offices within the Department of Justice: Bureau of Alcohol, Tobacco, Firearms & Explosives, Executive Office for United States Attorneys (EOUSA), United States Marshals Service, Federal Bureau of Investigation (FBI), Criminal Division, Federal Bureau of Prisons, Drug Enforcement Administration, Office of Information and Privacy and the Internal Revenue Service. Counsel has received the declarations for its dispositive motion with the exception of those from the FBI and Executive Office for the United States Attorneys. The additional time is requested for the receipt of the declaration by the FBI. After receipt of this declaration, counsel will be able to complete its dispositive motion. In addition, counsel is requesting an additional 60 days to file its dispositive motion on behalf of EOUSA. As the attached declaration of John Kornmeier indicates, the Executive Office for the United States Attorneys has a substantial number of

records and documents to process pursuant to plaintiff's request. Thus, defendant is requesting an additional 60 days to respond to plaintiff's Complaint on behalf of EOUSA.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to file its in which to respond to plaintiff's Complaint be enlarged to and including March 3, 2006. In addition, counsel is requesting an additional 60 days to respond to plaintiff's request on behalf of EOUSA.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of February, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt  
#09112-062  
F.C.C.  
Box 3000 (MEDIUM)  
Forrest City, Arkansas 72366

 

                                              WYNEVA JOHNSON  
                                              Assistant United States Attorney  
                                              Judiciary Center Building  
                                              555 4th Street, N.W., E-4106  
                                              Washington, D.C. 20530  
                                              (202) 514-7224