UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS, & EXPLOSIVES, et al. )<br>)<br>        Defendants. )<br>_____ ) | Civil Action No. 05-02396 (JGP) |

DECLARATION OF JOHN W. KORNMEIER

I, John W. Kornmeier declare the following to be a true and correct statement of facts:

1) I am an attorney advisor with the Executive Office for United States Attorneys ("EOUSA"), United States Department of Justice. In that capacity, my responsibilities include: acting as liaison with other divisions and offices of the Department of Justice ("DOJ") in responding to requests and the litigation filed under both the Freedom of Information Act ("FOIA"), 5 U.S.C. §552 (1988), and the Privacy Act of 1974, 5 U.S.C. §552a (1988) ("PA"); the review of FOIA/PA requests for access to records located in this office and 94 United States Attorney's offices ("USAO's") and the case files arising therefrom; the review of correspondence related to requests; the review of searches conducted in response to requests; the location of responsive records; and preparation of responses thereto by the EOUSA to assure that determinations to withhold (or to release) such responsive records are in accordance with the provisions of both the FOIA and the PA, as well as the Department of Justice regulations (28 C.F.R. §§16.3 et. seq. and §16.40 et. seq.).

2) As an attorney advisor of the FOIA/PA Unit, EOUSA, I have authority to release and/or withhold records requested under the FOIA/PA, and to advocate the position of the EOUSA in actions brought under these Acts. The statements I make hereinafter are made on the basis of my review of the official files and records of EOUSA, on my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3) Due to the nature of my official duties, I am familiar with the procedures followed by this office in responding to the FOIA/PA request(s) made to EOUSA by the above-captioned Plaintiff, Jimmy Sharbutt (hereinafter referred to as "Mr. Sharbutt "). I have reviewed the complaint which this Declaration addresses.

4) On January 12, 2006, in accordance with DOJ regulations, EOUSA sent a letter to Mr. Sharbutt outlining the fees for search and copying required to be paid to complete his FOIA request in the USAO for the Northern District of Oklahoma.[1]

5) EOUSA informed Mr. Sharbutt that the USAO for the Northern District of Oklahoma had found several boxes of potentially responsive records and that there would be additional time required to complete the search. EOUSA informed Mr. Sharbutt that the search time would exceed the two hours of free search time for which the FOIA provided and gave him an estimate of fees. EOUSA asked Mr. Sharbutt to respond in thirty days as to whether he agreed to pay the fees or would like to narrow his request.

6) Mr. Sharbutt has responded to EOUSA that he agrees to pay the fees and that he would like EOUSA to proceed.

7) EOUSA shall now proceed to complete the search and process the records which EOUSA estimates will take 60 days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2006.

_____
John W. Kornmeier

---

[1] EOUSA has previously searched the USAO for the Western District of Oklahoma in response to Mr. Sharbutt's request, found no records, and so informed him.