UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 05-2396 (JGP) |

## ORDER

Upon consideration of Defendants' Motion For Enlargement of Time, any Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendants' Motion should be, and it hereby is, granted, and that defendants may have up to and including March 3, 2006, to respond to the Complaint, and to and up to April 24, 2006 to file its dispositive motion on behalf of the Executive Office for the United States Attorneys.

_____          _____
Date                              United States District Judge

Copies to:

Attorney for Defendants          Pro Se
Wyneva Johnson                   Jimmy Sharbutt
Assistant United States Attorney #92112-062
Civil Division                   F.C.C.
Judiciary Center Bldg.           Box 3000 (Medium)
555 4th Street, NW,              Forrest City, Arkansas 72366
Washington, D.C. 20001