UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT,            ) | |
|                             ) | |
| Plaintiff,                  ) | |
|                             ) | |
| v.                          ) | Civil Action No. 05-2396 (JGP) |
|                             ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, et al., ) | |
|                             ) | |
| Defendants.                 ) | |

**MOTION TO EXCEED PAGE LIMITS FOR
MEMORANDUM IN SUPPORT OF MOTION**

Pursuant to LCvR 7(e), a Memorandum in Support of a Motion shall not exceed 45 pages. Defendants will file a Motion for Summary Judgment in this FOIA case on March 3, 2006. Defendants will be responding on behalf of the following entities of the Department of Justice: Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Marshals Service, Federal Bureau of Investigation, Criminal Division, Federal Bureau of Prisons, Drug Enforcement Administration, and the Internal Revenue Service. Because of the lengthy declarations from each office, defendants anticipate that its Memorandum may exceed 45 pages. Accordingly, defendants respectfully request permission to file the Memorandum in Support of its Motion in excess of 45 pages.

Counsel was unable to reach plaintiff to obtain his views on this Motion because he is incarcerated.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this _____ day of February, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt
#09112-062
F.C.C.
Box 3000 (MEDIUM)
Forrest City, Arkansas 72366

 

                                                    WYNEVA JOHNSON
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 4th Street, N.W., E-4106
                                                  Washington, D.C. 20530
                                                  (202) 514-7224