UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2396 (JGP) |

**ORDER**

Upon consideration of Defendants' Motion to Exceed Page Limits for Memorandum In Support of Motion, any Opposition thereto, and for good cause shown, it is this _____ day of \_\_ _____, 2006,

ORDERED, that defendants' Motion should be, and is hereby, granted.

_____                                      _____
        Date                                                                          United States District Judge

Copies to:

<u>Attorney for Defendants</u>
Wyneva Johnson
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

<u>Pro Se</u>
Jimmy Sharbutt
#92112-062
F.C.C.
Box 3000 (Medium)
Forrest City, Arkansas 72366