**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| JIMMY SHARBUTT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2396 (JGP) |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, <u>et</u> <u>al.,</u> | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff has filed his Motion for Partial Summary Judgment as to the "issue of exhaustion of remedies only." Motion, p. 1. In support of his motion, plaintiff has attached documents reflecting his correspondence with the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Marshals Service, Federal Bureau of Investigation, Department of Justice's Criminal Division, Executive Office of the United States Attorneys, Federal Bureau of Prisons, Drug Enforcement Administration, and the Internal Revenue Service. For example, plaintiff has attached a June 16, 2005 letter to the Internal Revenue Service entitled "FOIA Appeal." A search by Theresa Carrillo, Appeals Officer, Internal Revenue Service, Fresno, California, using the Service's Electronic Disclosure Information Management System revealed no records of a FOIA request by, or on behalf of, plaintiff. Declaration of Theresa Carrillo, ¶ 4. Here, the IRS's search for responsive information was undertaken in the system most likely to have responsive records. While the search did not locate any responsive records, it was an

adequate search under FOIA.[1]

On this date, defendants filed their Motion for Partial Summary Judgment on behalf of the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Marshals Service, Federal Bureau of Investigation, Criminal Division, Federal Bureau of Prisons, Drug Enforcement Administration, and the Internal Revenue Service.[2]   Much of the correspondence attached to plaintiff's motion is also included as attachments to the declarations of the officials responding on behalf of the various entities.  Defendants submit that these declarations show that the various entities have responded to plaintiff and no agency records have been improperly withheld.  For the reasons set forth in their Motion for Partial Summary Judgment, defendants submit that plaintiff's Motion for Partial Summary Judgment should be denied.

---

[1]  The Declaration of Theresa Carillo is not attached to Defendants' Motion for Partial Summary Judgment.  The Carrillo Declaration is being submitted herein in specific response to the plaintiff's Motion for Partial Summary Judgment.

[2]  Defendants will file a separate motion on behalf of the Executive Office of the United States Attorneys.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JIMMY SHARBUTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2396 (JGP) |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, <u>et</u> <u>al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

In Nos. 1-8, plaintiff states that he has "exhausted all available remedies" in his "quest for

judicial review" as to the following agencies:  Bureau of Alcohol, Tobacco, Firearms &

Explosives, United States Marshals Service, Federal Bureau of Investigation, Department of

Justice's Criminal Division, Executive Office of the United States Attorneys, Federal Bureau of

Prisons,  Drug Enforcement Administration, and the Internal Revenue Service.  Plaintiff  has

attached his correspondence with these various entities with regard to the processing of his

complaint.  Defendants, however, do not deny that plaintiff has submitted numerous letters and

appeals with regard to the processing of his FOIA complaints.  Indeed, the Declarations, with

exhibits, from the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Marshals

Service, Federal Bureau of Investigation, Federal Bureau of Prisons, Department of Justice's

Criminal Division,  Drug Enforcement Administration, and the Internal Revenue Service

attached to defendants' Motion for Partial Summary Judgment set forth the chronology of the

processing of plaintiff's FOIA request.  Yet, Plaintiff's "statements" are clearly legal conclusions

to which no responses are required.

In No. 9, plaintiff states that the "exhibits and affidavit in support" are "premature evidence that he has fully exhausted all available remedies."  Again, this assertion is a legal conclusion to which no response is required.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of March, 2006, that a copy of the

foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt
#09112-062
F.C.C.
Box 3000 (MEDIUM)
Forrest City, Arkansas 72366


WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224