UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY SHARBUTT,**   )<br>                                       )<br>     **Plaintiff,**           )<br>                                       )<br>     v.                             )<br>                                       )<br>**BUREAU OF ALCOHOL, TOBACCO,**   )<br>**FIREARMS AND EXPLOSIVES, et al.,**   )<br>                                       )<br>     **Defendants.**         )<br>                                       ) | Civil Action No. 05-2396 (JGP) |

**ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Partial Summary Judgment, Defendants' Opposition thereto, and the entire record herein, it is on this _____ day of _____, 2006,

ORDERED that Plaintiff's Motion for Partial Summary Judgment is hereby denied.

_____                                    _____
Date                                                                                         United States District Judge

Copies to:

Attorney for Defendants                                             Pro Se
Wyneva Johnson                                                       Jimmy Sharbutt
Assistant United States Attorney                               #92112-062
Civil Division                                                               F.C.C.
Judiciary Center Bldg.                                               Box 3000 (Medium)
555 4th Street, NW,                                                 Forrest City, Arkansas 72366
Washington, D.C. 20001