# Declaration of Kathy Hsu
# **Criminal Division**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIMMY SHARBUTT,                )
                              )
            Plaintiff,        )    Case Number:  1:05CV02396 (JGP)
                              )
       v.                     )
                              )
UNITED STATES                 )
DEPARTMENT OF                 )
JUSTICE, *et al.*,            )
                              )
            Defendants.       )
_____)

### DECLARATION OF KATHY HSU

I, Kathy Hsu, declare the following to be true and correct:

1.    I am an attorney in the Criminal Division of the United States Department of Justice assigned to the Office of Enforcement Operations.  My specific assignment at the present time is that of Litigation Attorney for the Division's Freedom of Information Act/Privacy Act Unit (FOIA/PA Unit).

2.    In such capacity, my duties are, *inter alia*, to review complaints in lawsuits filed under both the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*, and the Privacy Act (PA), 5 U.S.C. § 552a *et seq.*, and to provide litigation support and assistance to Assistant United States

- 1 -

Attorneys and to Department trial attorneys litigating these cases in District Court.  In conjunction with these duties, I review processing files that have been compiled by the paralegal processors and reviewed by supervisory paralegals and/or by the FOIA/PA Unit Chief in responding to FOIA/PA requests received by the Unit.  I also consult with the Unit Chief, who supervises the Unit's processing of FOIA and PA requests, and with the supervisory paralegals to confirm that determinations to withhold or to release records of the Criminal Division have been made in accordance with the provisions of both the FOIA and the PA, and with Department of Justice regulations - 28 C.F.R. § 16.1 *et seq.*

    3.    I make this declaration on the basis of information acquired through the performance of my official duties.

**SUMMARY OF CORRESPONDENCE**

    4.    By letter dated April 19, 2005, plaintiff made a request to the Department of Justice, Criminal Division's FOIA/PA Unit for records concerning himself.  *See* Exhibit 1.

    5.    By letter addressed to the plaintiff dated May 13, 2005, the Criminal Division acknowledged receipt of his request and advised him that the request had not been received in proper form and before further action could be taken in processing his request additional information would be required from him.  Specifically, plaintiff was advised

-2-

that the FOIA/PA Unit was unable to search for the records
requested because the plaintiff had not furnished a "Privacy
Act Identification and Request Form," and he did not indicate
on the "Criminal Division's List of Systems of Records Form"
which systems of records maintained by the Criminal Division
he wanted searched.  Enclosed with the May 2005
acknowledgment letter, the Criminal Division attached the two
forms for the plaintiff to complete; (1) Privacy Act
Identification and Request Form and (2) Criminal Division's
Privacy Act Systems of Records Form.  Once completed by
plaintiff, these forms would provide the additional
information needed by the FOIA/PA Unit to thoroughly process
his request.  Additionally, the plaintiff was notified that
his request had been assigned case number CRM-200500498P,
however, request CRM-200500498P would be closed and when the
Criminal Division received the attached forms in completed
form, the request would then be reopened under a different
case number.  Plaintiff was also notified in the letter of
his administrative appeal rights should he treat the letter
as a denial of his request.  *See* Exhibit 2.

6.  By letter dated June 9, 2005, the plaintiff
returned the "Privacy Act Identification and Request Form"
and the "Criminal Division's Privacy Act Systems of Records
Form."  He indicated on the forms the systems of records he

wanted searched and provided information about himself that would assist the Criminal Division in those searches. *See* Exhibits 3 and 4.

7. By letter addressed to the plaintiff dated June 28, 2005, the Criminal Division acknowledged that it received from the plaintiff the "Privacy Act Identification and Request Form" dated June 9, 2005, and the list of systems of records he wanted searched. The plaintiff's FOIA/PA request was reassigned case number CRM-200500658P. The plaintiff was further advised that the FOIA/PA Unit would conduct a search to determine what records the Criminal Division had that were within the scope of the request. *See* Exhibit 5.

8. By a letter addressed to the Department of Justice, Office of Information and Privacy (OIP) dated July 26, 2005, plaintiff sought an administrative appeal with OIP asserting that the FOIA/PA Unit did not respond to his request within the time limits established by the Freedom of Information and Privacy Acts. *See* Exhibit 6.

9. By letter dated August 15, 2005, OIP acknowledged receipt of plaintiff's July 26, 2005 letter seeking an administrative appeal. OIP notified plaintiff that it had contacted the Criminal Division and learned that the FOIA/PA Unit was still in the process of responding to his request. The letter went on the state that OIP's function is limited

- 4 -

to the review of those records to which access is in fact
denied.   OIP advised plaintiff that it did not have the
necessary resources to conduct the records review to make an
initial determination, and that OIP could not act on the
appeal until an initial determination had been made by the
Criminal Division.   Plaintiff was also advised that he could
file another appeal to OIP after the Criminal Division
completed its action in his request and the material was
denied.  *See* Exhibit 7.

   10.   By a letter addressed to the plaintiff dated
August 30, 2005, the FOIA/PA Unit advised plaintiff that it
had completed its search for relevant Criminal Division's
records in his name and located no records responsive to his
request.  *See* Exhibit 8.

   11.   By letter dated September 15, 2005, addressed to
OIP, plaintiff filed another administrative appeal regarding
the denial of his request (CRM-200500658P) for records in his
name.  *See* Exhibit 9.

   12.   By letter dated October 24, 2005, OIP acknowledged
receipt of plaintiff's September 15, 2005 appeal, and
assigned it Appeal Number 05-2891.  Plaintiff was advised
that after carefully considering his appeal, OIP had decided
to affirm the Criminal Division's action in request CRM-
200500658P.  Plaintiff was also advised of his right to seek

judicial review of the decision in accordance with 5 U.S.C. §
552(a)(4)(B).  *See* Exhibit 10.

## SEARCH PROCEDURES

13.    In processing requests from individuals seeking
information on themselves, the Criminal Division begins by
searching its centralized records index, JUSTICE/CRM-001
(Central Criminal Division Index File and Associated
Records).  When a search of this Central Index reflects
responsive, or potentially responsive records, a search is
sent to the section identified as having custody of the
records for such records.

14.    In addition, the Criminal Division also affords
requesters the opportunity to designate specific Privacy Act
systems of records to be searched by means of a form listing
the Division's systems of records and a short description of
the nature of records maintained in each and allowing
requesters to designate specific systems to be searched
merely by placing a check mark adjacent to the system
description.  Here, the plaintiff requested that searches be
undertaken of the following Privacy Act systems:
JUSTICE/CRM-003 (File of Names Checked to Determine if Those
Individuals have been the Subject of an Electronic
Surveillance), JUSTICE/CRM-004 (General Litigation and Legal
Advice Section), JUSTICE/CRM-012 (Organized Crime and

Racketeering Section), JUSTICE/CRM-019 (Requests to the
Attorney General for Approval of Applications to Federal
Judges for Electronic Interceptions), JUSTICE/CRM-022
(Witness Immunity Records), and JUSTICE/CRM-025 (Tax
Disclosure Index File and Associated Records). Plaintiff
additionally requested a search of the Narcotics and
Dangerous Drug Section. *See* Exhibit 4.

15.    Pursuant to long-standing FOIA/PA search
procedures, a search sheet with a copy of the plaintiff's
request is transmitted to all sections that may have records
responsive to the plaintiff's request. A copy of the
"Privacy Act Identification and Request Form" which plaintiff
had completed was forward with the search sheets. *See*
Exhibit 3. Designated personnel employed by the pertinent
sections undertake a search for responsive materials and
report the results by means of individual, signed forms to
the Criminal Division FOIA/PA Unit. Searches are to be
undertaken in the same manner as if the Criminal Division
were seeking the information for its own, official purposes.
By this means, the Criminal Division aims to ensure that its
searches fully meet the criteria established under the
Freedom of Information Act and the Privacy Act and

interpretative decisional law.[1]

16.  I have personally reviewed all of the original, signed search responses in this case, and have verified that all of the Criminal Division's Privacy Act systems of records designated by the plaintiff were searched and no record responsive to plaintiff's request was located.

17.  The absence of responsive Criminal Division records is not surprising in this case.  The great majority of Federal crimes are prosecuted by the local United States Attorney's Office, independently, of the Criminal Division, and copies of such records are ordinarily not maintained in the Criminal Division.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: _____January 27, 2006_____

_____Kathy Hsu_____
KATHY HSU

---

[1]Unlike the Federal Bureau of Investigation or the Federal Bureau of Prisons, the Criminal Division assigns no special identification numbers to individuals.  Nor does it maintain files based on social security numbers.  Nor does it maintain any field offices outside the Washington, D.C. area.  Finally, unlike certain other law enforcement components, the Criminal Division maintains no separate "see reference" or "cross-reference" files requiring separate searches.

2005004887P

To: Thomas McIntrye, Chief                           Date: April 19, 2005

FOIA/PA Unit, CRIMINAL DIVISION

Department of Justice

Washington, D. C. 20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All records and all components searched.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   JIMMY LEE SHARBUTT, JR

DATE OF BIRTH : June 12, 1961

PLACE OF BIRTH : Miami, Oklahoma USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 19th day of April         , 2005       .

By X _Jimmy Lee Sharbutt Jr._

Affiant Herein

(28 USC Section 1746)

Name:   Jimmy Lee Sharbutt

Reg. No.   09112-062

Hsu Declaration    Exhibit 1
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

Quincy E. Elliott
# 09112-082
Federal Correctional Complex (Med.)
P.O. Box 3000
Forest City, AR


Department of Justice
Mailroom
MAY - 4 2005


MEMPHIS TN 381
PM
2 APR
2005

Thomas Mcintyre, Chief
FOIA/PA Unit, Criminal Division
Department of Justice
Washington, D.C. 20530





**U. S. Department of Justice**

**Criminal Division**

*Washington, D.C. 20530*

CRM-200500498P

MAY 1 3 2005

Jimmy Sharbutt
Reg. No. 09112-062
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR 72335

Dear Mr. Sharbutt:

This will acknowledge receipt of your letter of April    19, 2005, requesting records relating to you.

We were unable to search for the records you requested because you have not furnished the following item(s) in compliance with 28 C.F.R. 16.41.

[ ] <u>Certification of Identification Form</u>.  Notarized signature or Declaration pursuant to 28 U.S.C. Section 1746.

[X] <u>Privacy Act Identification and Request Form</u>.  This form is requested because our experience indicates that many persons throughout the country have the same or similar names.

[X] **CURRENT** <u>Descriptive List of Systems of Records Maintained by the Criminal Division</u>.  Please review this list and indicate which systems you wished searched.

A copy of each requested form is enclosed.

Please be advised that this Office processes only records maintained by the Criminal Division of the United States Department of Justice.  Your request also seeks information maintained by one or more other components of the Justice Department, or other Federal agencies.  The enclosed list contains the addresses of other offices to which you may wish to send requests, if you have not done so already.  We have highlighted any office you have mentioned specifically.

B
15/05

RAt
5/12/05

**FILE COPY**

Hsu Declaration    Exhibit 2
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

We are closing out this request. Upon receipt of the completed form(s), we will assign a new number to your request and process it. Please return the requested form(s) to:

Thomas J. McIntyre, Chief
FOIA/PA Unit, Criminal Division
DOJ, Keeney Building, Suite 1127
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530.

If you treat this response as a denial, you have a right to an administrative appeal. The appeal should be in writing and addressed to: Assistant Attorney General, Office of Legal Policy (Attention: Office of Information and Privacy) United States Department of Justice, Washington, D.C. 20530. The envelope and letter should be clearly marked, "FOIA/PA Appeal". If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia.

Sincerely,


Thomas J. McIntyre, Chief
Freedom of Information Act/Privacy Act Unit
Office of Enforcement Operations
Criminal Division

Page 2

PRIVACY ACT NOTICE:  The following information is requested pursuant to Department of Justice Regulations (28 C.F.R. 16.41) in order to verify your identity and to assist in locating your records.  False information may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

I request access to records or information pertaining to me in the system(s) of records checked on the attached list.

JUN 22 2005

1.  FULL NAME (Please print):

SHARBUTT        JIMMY        Lee
_____
(LAST)              (FIRST)          (MIDDLE, IN FULL)

2.  Date of Birth: 6/12/61    Place of Birth: MIAMI, OkLAHOMA USA
    mo./day/year

3.  Present address: BOX 3000 (MEDIUM) FOREST CITY, AR 72336

4.  Prior addresses: 1120 LARSON LANE, MIAMI, OK 74354
    EAST 40 ROAD, MIAMI, OK 74354

5.  The approximate year or years during which you believe that a record about you may have been created: 1998 - 2002

6.  The judicial district(s) or state(s) where the events occurred about which you believe a record may have been created:
    TULSA, OkLAHOMA DISTRICT

7.  If married or divorced or separated, the full name of your spouse (if wife, please include maiden name): LALONIE NOLTT

8.  If the record you believe to exist about you includes arrest, trial or conviction records:

(a)  The date of arrest, indictment or complaint against you:
     INDICTED MAY 17, 2002

(b)  Approximate date of conviction: AUGUST, 2003

(c)  Federal court and district in which trial or proceeding took place:
     TULSA OkLAHOMA

(d)  Federal offense(s) involved: POSS. OF FIREARM

(e)  Names of codefendant(s) (if any): NONE

In accordance with Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _Jimmy L Sharbutt_    Date: 6/9/05    Rev. 10/03

Hsu Declaration    Exhibit 3
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

CRIMINAL DIVISION                                    PRIVACY ACT SYSTEMS OF RECORDS

REQUESTER'S NAME  *Jimmy Sharbutt*   PA/CRM NO. *200500658P*

## TO EXPEDITE YOUR REQUEST

  Please read the description of the information contained in each system of records before requesting a search of that system.  Feel free to request a search of any system you reasonably think may contain records relating to you.  However, if you have no reason to believe that a particular system of records will contain information about you, requesting that system may cause unnecessary delays in our response.  Please be aware that most Federal prosecutions are conducted by the local United States Attorney's Office, whose records may be requested from the Justice Department's Executive Office for United States Attorneys.  Also, if you are seeking records of other components of the United States Department of Justice (such as the FBI or the Drug Enforcement Administration) or of other agencies of the United States government, you should address your request directly to those components or agencies.  A listing of addresses of FOIA contacts for all Federal agencies may be found at http://www.usdoj.gov/ foia/foiacontacts.htm.

✓ **JUSTICE/CRM - 001**  Central Criminal Division Index File and Associated Records

  This system contains information on persons referred to in potential or actual cases and matters of concern to the Criminal Division and correspondence on subjects directed or referred to the Criminal Division.  This system also contains records which were maintained by the former Internal Security Division (now a Section of the Criminal Division).

  This system also contains records which are maintained by the Narcotics & Dangerous Drug Section.  If you have reason to believe records concerning you may be retrieved from that Section please check here ✓.

N.A. **JUSTICE/CRM - 002**  Criminal Division Witness Security File  (Not Available Under FOIA/P.A.)

  This system contains information on persons who are potential or actual witnesses and/or informants for whom federal protection has been considered or authorized.  This system also contains information concerning relatives and associates of those individuals.

    PLEASE NOTE: All information pertaining to Witness Security matters is exempt from disclosure under the Privacy Act pursuant to 5 U.S.C. § 552a(j)(2), and from the FOIA pursuant to Exemption 3 of the FOIA, 5 U.S.C. § 552(b)(3), in conjunction with 18 U.S.C. § 3521(b)(1)(G), a provision of the Witness Security Reform Act of 1984.  Consequently, this information is not available through the FOIA/PA Unit.  Information from this system can be requested only by writing directly to:

    United States Department of Justice, Office of Enforcement Operations, Witness Security Unit, P.O. Box 7600, Washington, D.C. 20044-7600

    Pursuant to the Witness Security Reform Act, the Attorney General is required to evaluate each request on its merits, after weighing (1) the danger such a disclosure would pose to the witness, (2) the detriment it would cause to the general effectiveness of the witness security program, and (3) the benefit such disclosure would afford to the public or to the person seeking the disclosure.  Therefore, you must include a detailed explanation of the purpose for which you are seeking the information and a statement of how you intend to use the material, if released.

**Hsu Declaration    Exhibit 4**
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

**JUSTICE/CRM - 003**    <u>File of Names Checked to Determine if Those Individuals have been the Subject of an Electronic Surveillance</u>

This system contains information concerning grand jury witnesses, defendants, and potential defendants in criminal cases and their attorneys whose names have been submitted in response to, or anticipation of, discovery motions, to inquire whether they have ever been the subjects of electronic surveillance.

**JUSTICE/CRM - 004**    <u>General Litigation and Legal Advice Section, Criminal Division, Central Index File and Associated Records</u>

This system contains information on persons referred to in potential or actual cases and matters of concern to the General Litigation and Legal Advice Section, Criminal Division, and correspondence on subjects directed or referred to the Criminal Division.

**JUSTICE/CRM - 012**    <u>Organized Crime and Racketeering Section, General Index File and Associated Records</u>

This system consists of records created and/or maintained by the National Office, Organized Crime and Racketeering Section in Washington, D.C. It contains information on persons who have been prosecuted or are under investigation for potential or actual federal criminal prosecution as well as persons allegedly involved in organized criminal activity and those alleged to be associated with the subject, who are or were of sufficient interest to the Division to warrant the compilation of records in Washington.

NOTE:    Should you desire a search of records of the Organized Crime and Racketeering Strike Force <u>Field Offices</u> for records created <u>after</u> January 1, 1990, you should address your request to the Executive Office for United States Attorneys, FOIA Unit, U.S. Department of Justice, Room 7100 BICN, Washington, D.C. 20530.

**JUSTICE/CRM - 017**    <u>Registration and Propaganda Files Under the Foreign Agents Registration Act of 1938, as amended</u>

This system contains the statement of the registrant and other documents filed under the Foreign Agents Registration Act of 1938, 22 U.S.C. § 611 <u>et seq.</u>

**JUSTICE/CRM - 018**    <u>Registration Files of Individuals who have Knowledge of, or have Received Instruction or Assignment in Espionage, Counterespionage, or Sabotage Service or Tactics of a Foreign Government or of a Foreign Political Party</u>

This system contains the statement of the registrant and other documents filed under 50 U.S.C. § 851.

✓ **JUSTICE/CRM - 019**      Requests to the Attorney General for Approval of Applications to Federal Judges for Electronic Interceptions

This system contains information on individuals who have been the subject of requests by federal investigative agencies for electronic surveillance.

**JUSTICE/CRM - 021**      The Stocks and Bonds Intelligence Control Card File System

This system contains information on individuals, and their known associates, who are actual, potential, or alleged violators, of statutes dealing with stocks, bonds, and other securities.

✓ **JUSTICE/CRM - 022**      Witness Immunity Records

This system contains information on potential or actual witnesses for whom immunity (pursuant to 18 U.S.C. §§ 6001-6004 and 18 U.S.C. § 2514) is proposed.

**JUSTICE/CRM - 024**      Freedom of Information/Privacy Act Records

This system contains copies of correspondence and internal memoranda related to Freedom of Information and Privacy Act requests received by the Criminal Division and related records necessary to the processing of such requests; files are arranged alphabetically under the name of the requester.

> NOTE:      In the event you check the system of records designated as JUSTICE/CRM - 024, we will deem your request to be only for documents pertaining to the processing of records prior to your present request.

✓ **JUSTICE/CRM - 025**      Tax Disclosure Index File and Associated Records

This system contains information concerning taxpayers about whom the Criminal Division has requested and/or obtained disclosure of tax material from the Internal Revenue Service pursuant to 26 U.S.C. § 6103, on or after January 1, 1977.

(Check
Below ) **JUSTICE/CRM - 026**      Index of Prisoners Transferred and/or Extradited Under International Prisoner Transfer Treaties

(Please check which portion applies to you, International Transfer, International Extradition, or both).

_____
**International**  This system consists of alphabetical indices bearing individual names of prisoners involved
**Transfer**      in international transfers, and the tape recordings and occasional verbatim transcripts of consent verification hearing held pursuant to 18 U.S.C. §§ 4107 and 4108, as well as copies of consent verification forms.

_____ The **JUSTICE/CRM - 026** system also contains files concerning international extradition and
**International** mutual assistance agreements between the United States and foreign countries.
**Extradition**

_____ **JUSTICE/CRM - 027**          Displaced Persons Listings (Concerning the years 1948 - 1952)

This system consists of visa investigation files assembled by the United States Army Counterintelligence
Corps for individuals who applied for entry visa into the United States under the Displaced Persons Acts in
force from 1948 to 1952.

A search of this system will not be conducted unless you indicate that you applied for a visa as a displaced
person during the period 1948 to 1952.

NOTE:          THE FOLLOWING SYSTEM OF RECORDS CONTAINS ONLY THE NAMES OF, OR
               INFORMATION CONCERNING CURRENT OR PAST EMPLOYEES OF THE CRIMINAL
               DIVISION OF THE DEPARTMENT OF JUSTICE

A search of this system will be conducted <u>only</u> if you advise us that you are, or were employed by the
Criminal Division of the Justice Department, and provide the dates of your employment.

_____ **JUSTICE/CRM - 008**          Name Card File on Department of Justice Personnel Authorized to have
                                       Access to Classified Files of the Department of Justice

This system contains the names of current personnel of the Department of Justice, generally attorneys,
authorized to have access to records classified as Confidential, Secret and Top Secret.

4/2003–Prior Versions Obsolete



#09112-062
Federal Correctional Complex (Med.)
P.O. 3000
Forest, City, Ar.
            72335

Department of Justice
Mailroom
JUN 2 1 2005

F.O.I.A./P.A Unit, Criminal Division
DOJ, Keeney Building. Suite 1127
950 Pennsylvania Avenue, N.W.
Washington. D.C.  20530



**U.S. Department of Justice**

Criminal Division

---

*Washington, D.C.  20530*

JUN 2 8 2005

CRM-200500658P

Mr. Jimmy Lee Sharbutt
Reg. No. 09112-062
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR 72335

Dear Mr. Sharbutt:

      This will acknowledge receipt of your Privacy Act request dated
June 9, 2005, for Criminal Division records concerning you.   Your
request has been assigned file number 200500658P.   Please refer to
this number in any future correspondence with this Unit.

      We will search the appropriate records system(s) and will
respond to you further after we complete our searches.   If you have
any questions regarding the status of this request, you may contact
Denise Kennedy on 202-616-0307.


                    Sincerely,



                    Thomas J. McIntyre, Chief
                    Freedom of Information/Privacy Act Unit
                    Office of Enforcement Operations


*Kd*
*6/27/05*

*1B*
*0/22/05*

**FILE COPY**

Hsu Declaration    **Exhibit 5**
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C.  20530

RE: FOIA to Crim Div
Request No. 200500658P
Date of Request: 4/19/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Criminal Division of DOJ   in conjunction to my request for records.
(check appropriate box or boxes below)

**X** The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X _____

(name)  Jimmy Sharbutt

(No.)  09112-062

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

OFFICE OF INFORMATION
AND PRIVACY

AUG 0 3 2005

RECEIVED

Hsu Declaration   Exhibit 6
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

cc: file

NOTICE:   Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_

_Washington, D.C. 20530_
**AUG 15 2005**

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

    Re:  Request No. CRM200500658P

Dear Mr. Sharbutt:

    This responds to your letter dated July 26, 2005, in which you sought to appeal from the failure of the Criminal Division to respond to your request for access to records.

    I have notified the Criminal Division of your communication. It is my understanding that the Criminal Division is still processing your request. Although the Act authorizes you to treat the failure of the Criminal Division to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the Criminal Division. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the Criminal Division completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the Criminal Division's substantive action on your request.

    In the event that the Criminal Division still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                          Sincerely,

                          Richard L. Huff
                          Co-Director

RLH:PAJ:CIH



**Hsu Declaration   Exhibit 7**
_Sharbutt v. DOJ_, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

TJM:FC:ldb
Typed 8/2/05                          AUG 3 0 2005

CRM-200500658P


Mr. Jimmy Sharbutt
Reg. NO. 09112-062
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR  72335

Dear Mr. Sharbutt:

    This is in response to your request of June 9, 2005,
pursuant to the Privacy Act, for access to records concerning
you.

    We did not find any Criminal Division records pertaining to
you in our search of the indexes for the appropriate Criminal
Division systems you designated.

    If you consider this response to be a denial of your
request, you have a right to an administrative appeal of this
determination.  Department regulations provide that such appeals
must be filed within sixty days of your receipt of this letter.
28 C.F.R. 16.45.  Your appeal should be addressed to:  Co-
Director, Office of Information and Privacy, Flag Building, Suite
570, United States Department of Justice, Washington, D.C. 20530.
Both the envelope and the letter should be clearly marked with
the legend "FOIA Appeal."  If you exercise this right and your
appeal is denied, you also have the right to seek judicial review
of this action in the federal judicial district (1) in which you
reside, (2) in which you have your principal place of business,
(3) in which the records denied are located, or (4) for the

**Hsu Declaration    Exhibit 8**
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

**FILE COPY**

District of Columbia.  If you elect to file an appeal, please include, in your letter to the Office of Information and Privacy, the Criminal Division file number that appears above your name in this letter.

Sincerely,


Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit

2

To: CO-DIRECTOR

Office of INFORMATION + PRIVACY

Department of Justice

FLAG BUILDING - SUITE 570

WASHINGTON, D.C. 20530

RE: FOIA to CRIM DIV

Request No. 200500658P

Date of Request: 8/30/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

CRIM. DIV. USDOJ ____ in conjunction to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X _____

(name) Jimmy Sharbutt

(No.) 09712-065

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

OFFICE OF INFORMATION
AND PRIVACY

SEP 27 2005

RECEIVED

cc: file

Hsu Declaration    Exhibit 9
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia

NOTICE:    Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

OCT 24 2005

Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Institution    Re:  Appeal No. 05-2891
Post Office Box 3000                     Request No. CRM200500658P
Forrest City, AR  72336                  BVE:KAH

Dear Mr. Sharbutt:

    You appealed from the action of the Criminal Division on your
request for access to records concerning you.

    After carefully considering your appeal, I have decided to
affirm the Criminal Division's action on your request.

    The Criminal Division informed you that it could locate no
responsive records in its files.  It has been determined that the
Criminal Division's response is correct.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                Sincerely,

                Daniel J. Metcalfe
                Director

                By:

                    Melanie Ann Pustay
                    Deputy Director

**Hsu Declaration   Exhibit 10**
*Sharbutt v. DOJ*, 1:05CV02396 (JPG)
U.S. District Court
District of Columbia