# Declaration of Heidi Peterson
## Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>ET. AL. )<br>)<br>Defendants. ) | Case No. 1:05CV02396 (JGP) |

**DECLARATION OF HEIDI PETERSON**

I, Heidi Peterson, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am an Appeals Officer at the Internal Revenue Service's ("Service") Riverside, California Appeals Office ("Appeals Office"). I have been an Appeals Officer since May 1997 and have worked Freedom of Information Act ("FOIA") appeals since March 2001. I have been employed by the Service in various positions for approximately 18-1/2 years.

2. The Riverside Appeals Office is a post of duty of the Service's Appeals Office, which reports to the Commissioner of Internal Revenue. One of the office's duties is to process administrative appeals of FOIA requests mailed to the Service after January 15, 2001.

3. On or about January 17, 2006, I was contacted by Joel McMahan, an attorney with the Service's Office of Chief Counsel, assigned to the Office of the Assistant Chief Counsel (Disclosure and Privacy Law). Mr. McMahan asked me whether the Services' Appeals function had received any FOIA appeals filed by, or on

behalf of, Jimmy Sharbutt. In the event no appeals were filed, Mr. McMahan requested that I conduct a search to determine whether any FOIA requests had been filed with the Service by, or on behalf of, Jimmy Sharbutt.

4. In response to Mr. McMahan's request, I searched the Appeals Centralized Database System ("ACDS") which is the Appeals Division's computerized information system for case receipt, control and processing. One of the ways in which records of FOIA appeals may be searched in ACDS is by using the last name of the requester.

5. My search of the ACDS produced no records of FOIA appeals filed by, or on behalf of, Mr. Sharbutt.

6. In addition to my review of the ACDS, I searched the Service's Electronic Disclosure Information Management System ("EDIMS") using the taxpayer's last name to determine whether any FOIA requests had been filed by, or on behalf of, Mr. Sharbutt. I performed this search using "Sharbutt" as the name of the requester, and again as the name of the taxpayer. EDIMS is a computerized information system for inventory control and casework management of disclosure requests made to the Service's disclosure offices. My EDIMS search revealed that no records of a FOIA request by, or on behalf of, Mr. Sharbutt existed.

7. Following my search of EDIMS, I reviewed the Service's Internal Data Retrieval System ("IDRS") for information pertaining to taxpayers named "Jimmy Sharbutt." IDRS is a computerized information system that provides Service employees with access to certain taxpayer information. Service employees with access to IDRS can research the social security numbers of taxpayers using taxpayer's names.

My search revealed social security numbers for three taxpayers having that name. With this information, I searched EDIMS by social security number. However, my search again revealed that no FOIA requests have been submitted by, or on behalf of, Mr. Sharbutt.

      8. Based on the searches I conducted in EDIMS, IDRS, and ACDS, I have concluded that no FOIA requests have been submitted to the Service by, or on behalf of, Mr. Jimmy Sharbutt.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the __13th__ day of __February__, 2006, in Riverside, California.

*Heidi Peterson*
Heidi Peterson, Appeals Officer
Internal Revenue Service
Appeals Office
6377 Riverside Avenue
Riverside, California 92506-3124

-3-