# Declaration of Leila I. Wassom

## Drug Enforcement Administration

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jimmy Sharbutt | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-2396 JGP |
| Bureau of Alcohol, Tobacco, Firearms & | ) | |
| Explosives, | ) | |
| | ) | |
| **Defendant** | ) | |
| ——————————————— | ) | |

## DECLARATION OF LEILA I. WASSOM

1.  I am a Drug Enforcement Administration (DEA) Paralegal Specialist, currently assigned to the Office of Chief Counsel, Administrative Law Section (CCA), DEA Headquarters, Washington, D.C. From August 1991 to June 2005, I was assigned to the Freedom of Information and Records Management Section, DEA Headquarters.

2.  I review for litigation purposes both the initially processed and appealed Freedom of Information Act (FOIA) and Privacy Act (PA) requests received by DEA. I have performed these duties at DEA since 1991.

3.  My duties require that I am familiar with the policies and practices of DEA regarding the processing and release of information requested under the FOIA/PA, and the application of the FOIA/PA and exemptions for which I have received formal and on the job training.

4.  In preparing this declaration, I have read and am familiar with the complaint, in the above

1

entitled action, and the records maintained by the DEA Freedom of Information Operations Unit (SARO).

5.  SARO is the DEA office responsible for responding to, the search for, and the processing and release of information requested under FOIA and PA.  I am familiar with the policies, practices and procedures employed by SARO that relate to the search for, and the processing and release of information responsive to FOI/PA requests received by the DEA.

## SUMMARY OF CORRESPONDENCE AND ADMINISTRATIVE ACTION

6.  By form letter dated April 19, 2005, the plaintiff requested records "in any way connected to, related to, or even remotely in reference to my name".  He specifically requested "all Criminal Investigatory & Forfeiture records compiled from the Tulsa & Oklahoma City, OK area."  DEA construed the request to be for criminal investigation records about the plaintiff.    A copy of the plaintiff's letter dated April 19, 2005, is attached as Exhibit A.

7.  By letter dated June 16, 2005, the plaintiff appealed to the Department of Justice, Office of Information and Privacy (OIP) stating that DEA had not responded to his request.  A copy of the plaintiff's letter dated June 16, 2005, is attached as Exhibit B.

8.  By letter dated June 24, 2005, DEA acknowledged the plaintiff's request, and informed him that it would be handled in approximate order of receipt.   The letter also confirmed the plaintiff's agreement to pay all applicable fees up to $25.00, unless he sought a waiver of fees. A copy of the DEA letter dated June 24, 2005,  is attached as Exhibit C.

9.  By letter dated July 13, 2005, DEA informed the plaintiff that it had queried its investigative indices using the information he provided and was unable to locate any records responsive to his request.  DEA stated that if the plaintiff could provide additional information, he could forward it

to DEA.  As of this date, the plaintiff has not provided any further information to DEA.    A
copy of the DEA letter dated July 13, 2005, is attached as Exhibit D.

10.  By letter dated July 23, 2005,  the plaintiff appealed DEA's no records response to the
Department of Justice, Office of Information and Privacy (OIP).    A copy of the plaintiff's letter
dated July 23, 2005, is attached as Exhibit E.

11.  By letter dated August 8, 2005, OIP acknowledged the plaintiff's appeal dated June 16,
2005, and informed him that it could not act on his appeal until DEA had made an initial
determination.  A copy of the OIP letter dated August 8, 2005, is attached as Exhibit F.

12.    By letter dated August 10,  2005, OIP acknowledged the plaintiff's appeal dated July 23,
2005, and informed him that it would be handled in approximate order of receipt.  A copy of the
plaintiff's letter dated August 10, 2005, is attached as Exhibit G.

13.  By letter dated September 19, 2005, OIP affirmed DEA's no records response.  A copy of
OIP's letter dated September 19, 2005, is attached as Exhibit H.

## ADEQUACY OF SEARCH

14.  Investigative information about the plaintiff was reasonably likely to be found in the DEA
Investigative Reporting and Filing System (IRFS), JUSTICE/DEA-008.  IRFS is a DEA Privacy
Act System of Records that contains <u>all</u> administrative, general and investigative files compiled
by DEA for law enforcement purposes.

15.  DEA's law enforcement responsibility is the enforcement of Federal drug laws, including the
Drug Abuse Prevention and Control Act of 1970, 21 U.S.C. § 801 *et seq*.  The Attorney General
promulgated rules exempting the IRFS from the access provisions of the Privacy Act, pursuant to
5 U.S.C. § 552a(j)(2).  See 28 C.F.R. § 16.98 (2005).

3

16.  The DEA Narcotics and Dangerous Drugs Information System (NADDIS) is the index to and the practical means by which DEA retrieves investigative reports and information from IRFS.  Individuals are indexed and identified in NADDIS by their name, Social Security Number, and/or date of birth. As an index, NADDIS points to investigative files and particular DEA Reports of Investigation (ROI), DEA Form-6 or other documents by date, that contain information regarding a particular individual or subject of an investigation.   If any DEA criminal investigation records exist that mention the plaintiff, NADDIS will have entries under the plaintiff's name.

17.  On June 28, 2005,  a NADDIS search was conducted by SARO, in response to the plaintiff's request. The search was conducted by a SARO pre-processor, who used the plaintiff's name, Social Security Number, and date of birth, which the plaintiff provided in his request.  The search of NADDIS found no records.  On July 7, 2005, a search of the Federal Bureau of Investigation's National Crime Information Center (NCIC) database was conducted by a SARO Freedom of Information Specialist.  Had the plaintiff been arrested by DEA law enforcement personnel, DEA would normally have forwarded a record to NCIC for inclusion in its system. See 28 CFR §§ 20.31-20.38.  The search of NCIC found no reference to DEA records regarding the plaintiff.  On December 30, 2005, subsequent to receipt of the Complaint, I conducted an additional NADDIS query, using an alternate Social Security Number found in the plaintiff's NCIC record.  The search found no DEA records regarding the plaintiff.

18.  The plaintiff's request included a request for forfeiture records connected with his name. There is no indication that DEA searched its forfeiture records at the time the plaintiff made his initial FOIA request.  On December 30, 2005, I contacted Ms. Susan Ashcraft, Chief, Domestic Asset Forfeiture Section, DEA, who checked the Department of Justice's Consolidated Asset Tracking System (CATS), and  found no asset forfeiture records regarding the plaintiff.  Records in this Department-wide database are accessible by DEA.  They are retrievable by the name of

investigation records exist that mention the plaintiff, NADDIS will have entries under the plaintiff's name.

17. On June 28, 2005, a NADDIS search was conducted by SARO, in response to the plaintiff's request. The search was conducted by a SARO pre-processor, who used the plaintiff's name, Social Security Number, and date of birth, which the plaintiff provided in his request. The search of NADDIS found no records. On July 7, 2005, a search of the Federal Bureau of Investigation's National Crime Information Center (NCIC) database was conducted by a SARO Freedom of Information Specialist. Had the plaintiff been arrested by DEA law enforcement personnel, DEA would normally have forwarded a record to NCIC for inclusion in its system. See 28 CFR §§ 20.31-20.38. The search of NCIC found no reference to DEA records regarding the plaintiff. On December 30, 2005, subsequent to receipt of the Complaint, I conducted an additional NADDIS query, using an alternate Social Security Number found in the plaintiff's NCIC record. The search found no DEA records regarding the plaintiff.

18. The plaintiff's request included a request for forfeiture records connected with his name. There is no indication that DEA searched its forfeiture records at the time the plaintiff made his initial FOIA request. On December 30, 2005, I contacted Ms. Susan Ashcraft, Chief, Domestic Asset Forfeiture Section, DEA, who checked the Department of Justice's Consolidated Asset Tracking System (CATS), and found no asset forfeiture records regarding the plaintiff. Records in this Department-wide database are accessible by DEA. They are retrievable by the name of any individual or individuals who the agency believes may have an interest in the items seized.

19. The subject of this declaration and the statements set forth herein are true and correct either on the basis of my personal knowledge or on the basis of information acquired by me through the performance of my official duties.

I declare under the penalty of perjury that the foregoing is true and correct.

1-3o-06
_____
DATE

_____
Leila I. Wassom
Paralegal Specialist
Office of Chief Counsel
Drug Enforcement Administration
Washington, D.C. 20537

# Exhibit A

To: _____Director_____                                  Date: _April 19, 2005_

___Drug Enforcement Administration___

___Department of Justice___

___Washington, D. C. 20537___

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search: All Criminal Investigatory & Forfeiture records compiled from the

___Tulsa & Oklahoma City, OK area.___

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   _JIMMY LEE SHARBUTT, JR_

DATE OF BIRTH : _____June 12, 1961_____

PLACE OF BIRTH : _____Miami, Oklahoma USA_____

SOCIAL SECURITY NUMBER: _____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_____

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this _19th_ day of _April_____, _2005_____.

By _X  Jimmy Lee Sharbutt Jr._
                                     Affiant Herein

(28 USC Section 1746)

Name: _Jimmy Lee Sharbutt_____

Reg. No. _09112-062_____

# Exhibit B

Re 2 0524-05            05-2135    PA (F) DEA

## FOIA APPEAL

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C. 20530

Date: June 16, 2005    Still Pending

RE: FOIA to    DEA    #05-105-F

Request No.    4/19/05

No request #

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:

Drug Enforcement Administration    in connection to my request for records.

(check appropriate box or boxes below)

____X____    The agency has not responded and the time limits within which to do so has expired.

_____    The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____    The agency has blanket denied release of all records.

_____    The agency has released certain records and withheld some by claiming certain exemptions.

_____    The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____    I believe the agency action or inaction otherwise unjust for the following reason:

_____

_____

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

OFFICE OF INFORMATION
AND PRIVACY

JUN 24 2005

RECEIVED

cc: file

Sincerely,

X _____
Jimmy Sharbutt 09112-062
Box 3000, Forrest City, AR 72336

# Exhibit C



**U.S. Department of Justice**

Drug Enforcement Administration

---

June 24, 2005

*Case Number: 05-1035-P*

*Subject of Request: SHARBUTT, JIMMY*

JIMMY SHARBUTT
REG. NO 09112-062
FCC FORREST CITY
P.O. BOX 3000
FORREST CITY, AR  72335


Dear Mr. Sharbutt:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests waiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3(c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.


Sincerely,

Katherine L. Myrick,
Chief, Operations Unit
FOI/Records Management Section

# Exhibit D

**U. S. Department of Justice**

Drug Enforcement Administration

Freedom of Information Section
Washington, DC 20537

---

*www.dea.gov*

JUL 1 3 2005

Jimmy Lee Sharbutt, Jr.
Reg. No. 09112-062
Federal Correctional Complex (Med)
P.O. Box 3000
Forrest City, AR 72335

*Request No.:*        05-1035-P

*Subject of Request:*   Sharbutt, Jimmy Lee Jr.

Dear Jimmy Sharbutt:

This is in response to your recent correspondence dated April 10, 2005, to the Drug Enforcement Administration (DEA) seeking information on the above subject pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and/or the Privacy Act (PA), 5 U.S.C. § 552a. Your request has been reviewed surfacing the following final determination.

We have queried our investigative indices using the information you provided as search criteria and, unfortunately, were unable to locate any records responsive to your request. If you feel that we have made this determination in error and can provide additional information which would aide us in locating the records, you may forward that information to the address below. To this end, no further action will be initiated on this request and this file is administratively closed.

Drug Enforcement Administration
Freedom of Information Section
Washington, D.C. 20537

Page Two

If you wish to appeal this decision, you must do so within sixty (60) days pursuant to
28 C.F.R. § 16.9.  The appeal should be directed to the following address with the envelope marked
"FOIA/PA APPEAL".

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C.  20530

Sincerely,

Katherine L. Myrick, Chief
Operations Unit
FOI/Records Management Section

# Exhibit E

**FOIA APPEAL**

To:  Co-Director                                      Date:  July 23, 2005

Office of Information & Privacy Appeals

Department of Justice                          RE: FOIA to   DEA

FLAG BUILDING, Suite 570                    Request No.   05-1035-P

Washington, D. C.  20530                      Date of Request:   4/19/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Drug Enforcement Administration    in conjunction to my request for records.
(check appropriate box or boxes below)

_____    The agency has not responded and the time limits within which
         to do so has expired.
__X__    The agency has claimed that no records could be found and
         I want to appeal that "no records" response.
_____    The agency has blanket denied release of records.

_____    The agency has released certain records and withheld some
         by claiming certain exemptions.
_____    The agency has withheld certain records but has not claimed
         any exemptions or stated any reason for the deletions.
_____    The agency has claimed there are no records available or
         they have been destroyed and I believe they have not made
         a sufficient search.
_____    The agency has stated records were destroyed but has not
         stated where, how, when and for what reason and by whome
         they were destroyed and under what provision of the law.
_____    I believe the agency action or inaction otherwise unjust
         for the following reason :

_____

_____

_____

       Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
       The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                                    Sincerely,
                                    X_____
OFFICE OF INFORMATION
   AND PRIVACY                      (name)  JIMMY SHARBUTT

   AUG 0 2 2005                     (No.)   09112-062

**RECEIVED**                        Federal Correctional Complex

                                    Box 3000 (MEDIUM)

                                    Forrest City, Arkansas 72336

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
           timely manner will result in civil action suit.

# Exhibit F

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


AUG 0 8 2005


Mr. Jimmy Sharbutt
Register No. 09112-062
Federal Correctional Complex          Re:  Appeal No. 05-2135
Post Office Box 3000                        Request No. 05-1035-P
Forrest City, AR  72335                     RLH:KDC:JTR

Dear Mr. Sharbutt:

     You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning you.

     I have been informed that the DEA is still processing this
request.  Although the Freedom of Information Act authorizes you to
treat the failure of the DEA to act on your request within the
specified time limit as a denial thereof, this Office, because it
lacks the personnel resources to conduct the record reviews that are
necessary to make initial determinations on requests for records,
cannot act until the DEA has made an initial determination.  Our
function is limited to the review of those records to which access is
in fact denied.

     In the event that the DEA still has not responded to your
request at the time you receive this letter, you may, if you choose,
treat my letter as a denial of your appeal and bring action in an
appropriate federal court.  I hope that, in making a decision, you
will give sympathetic consideration to the fact that the Department
of Justice has many requests pending at this time and is making every
possible, reasonable effort to process them.

                              Sincerely,



                              Richard L. Huff
                              Co-Director


DEA

# Exhibit G



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 1 0 2005

Mr. Jimmy L. Sharbutt
Register No. 09112-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

     Re:  Request No. 05-1035-P

Dear Mr. Sharbutt:

     This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on August 2, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-2453**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

          Sincerely,

          Priscilla Jones
          Chief, Administrative Staff

DEA

# Exhibit H

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 1 9 2005

Mr. Jimmy L. Sharbutt
Register No. 09112-062
Federal Correctional Complex          Re:  Appeal No. 05-2453
Post Office Box 3000                        Request No. 05-1035-P
Forrest City, AR  72336                      RLH:KAM

Dear Mr. Sharbutt:

     You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning all
criminal investigatory and forfeiture records on you compiled in
Tulsa and the Oklahoma City area.

     After carefully considering your appeal, I have decided to
affirm the DEA's action on your request.

     The DEA informed you that it could locate no records responsive
to your request.  It has been determined that the DEA's response is
correct.

     If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                         Sincerely,



                         Richard L. Huff
                         Co-Director

DEA