UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 05-2396 JGP |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS & ) | |
| EXPLOSIVES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Partial Summary Judgment, on behalf of the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the Federal Bureau of Investigation, the United States Marshals Service, the Department of Justice's Criminal Division, the United States Bureau of Prisons and the Internal Revenue Service, and the Court having considered the entire record herein and concluded that no agency records have been improperly withheld, it is, this _____ day of _____, 2006, hereby,

ORDERED, that Defendants' motion be, and hereby GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the Federal Bureau of Investigation, the United States Marshals Service, the Federal Bureau of Investigation, the Department of Justice's Criminal Division, the United States Bureau of Prisons, and the Internal Revenue Service.

_____          _____
Date                            United States District Judge

Copies to:

<u>Attorney for Defendants</u>
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, D.C. 20530

<u>Pro Se</u>
Jimmy Sharbutt
#92112-062
F.C.C.
Box 3000 (Medium)
Forrest City, Arkansas 72366