To: Director  
Executive Office for United States Attorneys  
Department of Justice; 600 E Street, NW  
Washington, D. C. 20530

Date: April 19, 2005

RECEIVED  
2005 MAY -6 PM 12: 37  
DEPT. OF JUSTICE/EOUSA  
FOIA/PRIVACY STAFF

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search: Please search Tulsa and Oklahoma City, OK and send me everything used to prosecute me regardless if any of it is court records or not.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME: JIMMY LEE SHARBUTT, JR  
DATE OF BIRTH: June 12, 1961  
PLACE OF BIRTH: Miami, Oklahoma USA  
SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 19th day of April, 2005.

By X _Jimmy Lee Sharbutt Jr._  
Affiant Herein

(28 USC Section 1746)

Name: Jimmy Lee Sharbutt  
Reg. No. 09112-062



GOVERNMENT EXHIBIT A



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA Unit         Suite 7300, Bicentennial Building        *(202) 616-6757*
                  *600 E Street, N.W.*                     *FAX (202) 616-6478*
                  *Washington, DC 20530*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

JUN - 6 2005

Request Number: 05-1451         Requester: Jimmy L. Sharbutt, Jr.

Subject: Self (OKW)

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request</u>. If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

    Sincerely,

    Marie A. O'Rourke
    Assistant Director

Form No. 001 -6/05



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA Unit  　　　　　　　　　　　*Suite 7300, Bicentennial Building*　　　*(202) 616-6757*
　　　　　　　　　　　　　　　　*600 E Street, N.W.*　　　　　　　　　*FAX (202) 616-6478*
　　　　　　　　　　　　　　　　*Washington, DC 20530*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

---

| | |
|---|---|
| Request Number: **05-1451** | Date of Receipt: **5-6-05** |
| Requester: **Jimmy Sharbutt** | |
| Subject: **Self** | |

Dear Requester:

JUN 16 2005

    In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ]  A search for records located in this office has revealed no records.

2. [x]  A search for records located in the United States Attorney's Office(s) for the **Western District of Oklahoma** has revealed no records.

3. [ ]  The records which you have requested cannot be located.

4. [ ]  This office is continuing its work on the other subject/districts mentioned in your request.

5. [x]  This is the final action my office will take on this particular request.

    You may appeal my decision in this matter by writing within sixty (60) days, to:

> Office of Information and Privacy
> United States Department of Justice
> Flag Building, Suite 570
> Washington, D.C. 20530

    Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

    After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 005 - 11/02





**United States Department of Justice**

Executive Office for United States Attorneys

---

FOIA and Privacy Act Staff

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 616-6757*
*FAX (202) 616-6478*

Request Number: 05-1450 and 05-1451

Requester: Jimmy L. Sharbutt, Jr.

JAN 12 2006

Dear Mr. Sharbutt:

We are currently searching for documents responsive to your FOIA/PA request. We have completed a search in the Western District of Oklahoma (0.75 hours) and have spent 4 hours of search time in the Northern District of Oklahoma. You receive two hours of search time provided to you at no charge. As we explained to you in our letter of June 6, 2005, the fees would be aggregated for search time and duplication for the processing of the 2 request files we opened based your original request. Therefore, at this point we have expended 2.75 hours We estimate that an additional 2 hours will be required to complete the search for the records you requested in the Northern District of Oklahoma. As we noted in our letter to you of June 16, 2005, the Western District (request 05-1451) found no records responsive to your request. Our fee for search time is $28 per hour, thus resulting in a fee for search time of $77. In addition, the Northern District of Oklahoma has informed us that they have at least 5 boxes of documents in your case. Normally a box contains between 2000 and 4000 pages of records. We do not know, prior to a complete search, how many pages of records would be found relating to you. Although not all of these pages are likely to be released to you, you should note that we charge $0.10 per page for duplication of documents that are released to you after the first 100 pages, which are free. Therefore it is clear that charges will exceed $25.

In accordance with Federal Regulation 28 CFR 16.11(e), when a requester has been notified that estimated fees amount to more than $25.00, the request shall not be considered received and further work shall not be completed until the requester agrees to pay the anticipated fees. If you wish to reduce the amount of fees, you may reformulate your request. Records identified for release after processing will not be released until payment has been received.

In order for your request to be processed, we must hear from you within 30 days of the date of this letter or we will close your request. Please complete the attached form and return to the above address. If you have any questions about this letter or the form to be completed, or if you wish to discuss the possible narrowing of your request you may call Attorney-Advisor Garry Stewart at 202-616-3450.

Sincerely,

Marie A. O'Rourke
Assistant Director

Note: You may appeal this response by writing within 60 days to the Office of Information and Privacy, United Department of Justice, Flag Building, Suite 570, Washington D.C., 20530.



GOVERNMENT EXHIBIT D

Form No. 017p1 - 4/2000    **THIS IS NOT A BILL. DO NOT SEND MONEY!**

Requester Jimmy L. Sharbutt, Jr.          Request Number 05-1450

### CHOOSE ONE

___Please do not search any longer. **I understand that I am entitled to the first 100 pages free.** If you have found releasable documents, send me the free documents and close my case.

___Please do not search any longer. I wish to withdraw my request.

___I agree to pay the search fee indicated above. **I understand that this payment is required even if no documents are located or released to me.** In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

___I wish to reformulate my request in an attempt to reduce search fees. Please limit my request to the following documents, and notify me of any revised search fee amount._____

_____

_____

_____

_____

___I agree to pay up to the following amount for search time._____
    I understand that this payment is required even if no documents are located or released to me. In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____          _____
Name                                       Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

010/010

Form No. 017p1 - 4/2000   **THIS IS NOT A BILL. DO NOT SEND MONEY!**

Requester Jimmy L. Sharbutt, Jr.     Request Number 05-1450

**CHOOSE ONE**

___Please do not search any longer. I understand that I am entitled to the first 100 pages free. If you have found releasable documents, send me the free documents and close my case.

___Please do not search any longer. I wish to withdraw my request.

_X_ I agree to pay the search fee indicated above. **I understand that this payment is required even if no documents are located or released to me.** In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

___I wish to reformulate my request in an attempt to reduce search fees. Please limit my request to the following documents, and notify me of any revised search fee amount. _____

__I WANT EVERYTHING__

_____

_____

_____

___I agree to pay up to the following amount for search time. _____
I understand that this payment is required even if no documents are located or released to me. In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

X _[signature: Jimmy Lee Sharbutt]_         1/20/06
Name                                         Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

GOVERNMENT EXHIBIT 1



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA and Privacy Act Staff    Suite 7300, Bicentennial Building    (202) 616-6757
                              600 E Street, N.W.                   FAX (202) 616-6478
                              Washington, DC 20530

Requester: Jimmy L. Sharbutt, Jr.

Request No. 05-1450                                                MAR 2 1 2006

Dear Mr. Sharbutt:

    In an earlier letter dated January 12, 2006, we estimated that fees for your request would exceed $25.00 and asked for your commitment to pay or to narrow your request. You responded on January 20, 2006 with a commitment to pay and indicated that you "want everything" from your case. The Northern District of Oklahoma has since informed us that they have spent a total of 5 hours search time on your request. When combined with the 0.75 hours of search time spent in the Western District of Oklahoma, the total search time was 5.75 hours. You receive two hours of search time at no charge. Therefore, search time subject to fees is 3.75 hours. Federal Regulation 28 CFR 16.11(i) provides that our office may collect an advance payment **before we continue processing your request** if we estimate fees will exceed $250.00. Search time is $28.00 per hour, after the first two hours which are free. Therefore, the search fee would be $105. As we noted earlier, the district has found at least 5 boxes in your case. This includes at least 2,500 pages of records that we have determined may be released. We charge $.10 per page for pages released to you, after the first 100 pages which are free. Therefore, duplication fees will be at least $240. Once processing has been completed and a final charge is known, you will be required to submit the remaining fee before documents will be released to you.

    Accordingly, an advance payment of $345.00 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

    If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount.

    **Per 28 C.F.R. 16.11(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** If you wish, you may use the attached form to indicate your wishes. If you have any questions, please call Attorney Advisor Garry Stewart at 202-616-3450.

                                              Sincerely,

                                              William G. Stewart II
                                              Acting Assistant Director

---

Note: You may appeal this response by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001.

**GOVERNMENT EXHIBIT E**

Requester: Jimmy L. Sharbutt        Request: 05- 1450

**Choose One**

1. Enclosed is an advance payment of $_____ for search and duplication fees.

2. Please terminate the processing of documents. I promise to pay $_____ for duplication fees for documents found thus far. I understand that I am still responsible for search fees.

3. Please terminate processing. I am hereby withdrawing my request_____(Sign) I understand that I am still responsible for search fees.

4. I agree to pay no more than $_____ for duplication fees. Please process my request accordingly. I understand that I am still responsible for search fees.

5. I wish to reformulate my request to include only the following documents:

_____

_____

_____

6. Please do not process any longer. **I understand that I am entitled to the first 100 pages free.** Please send me the free documents and close my case. I understand that I am still responsible for search fees.

_____        _____
Name                                              Date


Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED

JIMMY SHARBUTT,        )
                       )
        Plaintiff,     )
                       )
    v.                 )    Case No. 05-CV-02396
                       )
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS & EXPLOSIVES, et al., )
                       )
                       )
                       )
        Defendants.    )

## DECLARATION OF JOE W. HIGGINBOTHAM

I, Joe W. Higginbotham, declare the following to be a true and correct statement of facts:

1) This Declaration addresses the searches that I conducted for records responsive to the FOIA request made by Mr. Jimmy L. Sharbutt, Jr.

2) I am currently the Freedom of Information Act ("FOIA") Contact in the Criminal Division of the United States Attorney's Office ("USAO"), Western District of Oklahoma ("DOKW"). From 1996 to the present, my duties, in addition to working as a paralegal specialist in the Civil Division, include serving as the FOIA Contact between the USAO/DOKW and the Executive Office for United States Attorneys. ("EOUSA"). My responsibilities as a FOIA Contact include coordinating with EOUSA in response to FOIA requests for records located in the USAO/DOKW. I have attended all scheduled FOIA Contact training conferences sponsored by EOUSA. These conferences enhanced my knowledge and skills in the area of FOIA.

3) As a FOIA Contact, I handle approximately thirty FOIA requests per year. I conduct searches for documents that might be responsive to a FOIA request. Once I locate all responsive documents, I sort through them and separate responsive records from non-responsive records. I


GOVERNMENT EXHIBIT G

then forward the responsive records to EOUSA. EOUSA makes all determinations regarding the release or withholding of records.

4) As the FOIA Contact, my duties include advising the USAO/DOKW on the procedures to be followed in responding to FOIA requests.

5) By FAX dated June 8, 2005, I was instructed by EOUSA to conduct a search for any records this office may have regarding Jimmy L. Sharbutt, Jr. (Case No. 05-1451)

6) On June 8, 2005, I went to the lead legal assistant-Criminal Division and we searched the Legal Information Network System ("LIONS") database. LIONS is the case management/tracking system used by USAOs to record and maintain up-to-date information on cases and matters opened by Assistant U.S. Attorneys ("AUSAs") and to produce a variety of reports on that information. PROMIS ("Prosecutors Management Information System) is the precursor to LIONS. Both LIONS and PROMIS track and record civil and criminal case files in the USAO/DSC.

7) When I received EOUSA's request, the legal assistant and I searched the LIONS database and did not find any entries for Mr. Sharbutt in the LIONS database. For that reason, I asked the legal assistant to conduct a more extensive search in an abundance of caution.

8) On June 8, 2005, the legal assistant contacted me and reported she searched LIONS and PROMIS and did not find any evidence of existence of records pertaining to Mr. Sharbutt. She reported she also conducted a manual search of our index card system which tracked records and case files prior to the creation of LIONS and PROMIS and did not find any evidence of existence of records pertaining to Mr. Sharbutt.

9) Our office maintains a separate log for records shipped to the Federal Records Center,

2

and it is maintained by the year that a case is closed. The search of LIONS, and the legal assistant's search of LIONS, PROMIS, records of the system in use before July 18, 1997, and index card system did not indicate that any records pertaining to Mr. Sharbutt existed; therefore, I had no reason to search the Federal Records Center log to see if any had been closed.

10) On June 8, 2005, I notified EOUSA, by overnight FedEx, that I could not locate any records responsive to Mr. Sharbutt's request.

11) In conclusion, the only way to ascertain if there are now, or if there ever were, any records is by utilizing LIONS, PROMIS, and the criminal and civil card indexes. I have concluded that there were no other methods of searching which would lead me to locate records pertaining to Mr. Sharbutt. I believe that if any records had existed, our lead criminal legal assistant and I would have located them as a result of the search we conducted on June 8, 2005, and the search she conducted on June 8, 2005.

12) On January 4, 2006, EOUSA requested that I make a statement regarding the searches our lead legal assistant and I conducted in June 2005. On January 4, 2006, I conducted yet another search, together with the lead criminal legal assistant, for records responsive to Mr. Sharbutt's request by searching LIONS, PROMIS, and the criminal and civil card indexes, again with negative results. In addition, I sent an e-mail to the criminal and civil division requesting another review of files in regard to Mr. Sharbutt. No one responded that records were found in our system of files.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2006

Oklahoma City, Oklahoma

JOE W. HIGGINBOTHAM
FOIA Contact
Office of the U.S. Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700



U.S. Departmer    Justice

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7100*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Requester: Jimmy L. Sharbutt, Jr.

Request Number: 05-2813-R

Government Component that referred material: United States Marshal's Service

Dear Requester:                                         SEP 29

    This is in reply to your Freedom of Information Act/Privacy Act request of 4-19-05. Records were referred to us by the government component above for direct response to you.

    The referred material has been considered under both the FOIA and the Privacy Act to provide you the greatest degree of access. Exemptions have been applied when deemed appropriate either for withholding records in full or for excising certain information. The exemptions cited are marked below. An enclosure to this letter explains the exemptions in more detail.

        Section 552                                       Section 552a

| | | | | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(4) | [ ] (b)(7)(B) | [X] (j)(2) | |
| [ ] (b)(2) | [ ] (b)(5) | [X] (b)(7)(C) **EOUSA** | [ ] (k)(2) | |
| [ ] (b)(3) | [ ] (b)(6) | [ ] (b)(7)(D) | [ ] (k)(5) | |
| _____ | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] _____ | |
| _____ | | [ ] (b)(7)(F) | | |

    We have reviewed approximately __4__ page(s) of material:

__1__ page(s) are being released in full (RIF); **(per EOUSA)**
__3__ page(s) are being released in part (RIP);
_____ page(s) are withheld in full (WIF) and
_____ pages were duplicate copies of material already processed.

    You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

        Office of Information and Privacy
        United States Department of Justice
          Flag Building, Suite 570
          Washington, D.C. 20530

    Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

(Page 1 of 2)
Form No. 024 - 6/02



    After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

    This is the final action this office will take concerning your request.

                                    Sincerely,

                                    Marie A. O'Rourke
                                    Assistant Director

Enclosure(s)