UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS & )<br>EXPLOSIVES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2396 JGP |

**ORDER**

Upon consideration of Defendants' Motion for Partial Summary Judgment, on behalf of the Executive Office for United States Attorneys, and the Court having considered the entire record herein and concluded that the agency records have not been improperly withheld, it is, this _____ day of _____, 2006, hereby,

ORDERED, that Defendants' motion be, and hereby is GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the Executive Office for United States Attorneys.

_____          _____
Date                                                  United States District Judge

Copies to:

<u>Attorney for Defendants</u>
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, D.C. 20530

<u>Pro Se</u>
Jimmy Sharbutt
#92112-062
F.C.C.
Box 3000 (Medium)
Forrest City, Arkansas 72366