UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2396 (JGP) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), defendants, through counsel, move this Court for an enlargement of time to and including June 1, 2006, in which to respond to Plaintiff's Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment. Counsel was unable to reach plaintiff to obtain his views on this Motion because he is incarcerated.

Counsel for defendant is unexpectedly out of the office due to the death of her father. This absence has significantly affected her ability to meet existing deadlines.

This request for an enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to file its Reply to Plaintiff's Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment be enlarged to and including June 1, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this _____ day of April, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt
#09112-062
F.C.C. Forrest City Medium
P.O. Box 3000
Forrest City, Arkansas 72336

              _____
              WYNEVA JOHNSON
              Assistant United States Attorney
              Judiciary Center Building
              555 4th Street, N.W., E-4106
              Washington, D.C. 20530
              (202) 514-7224