# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JIMMY SHARBUTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-2396 (JGP)** |
| | ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) | |
| **FIREARMS AND EXPLOSIVES, <u>et al.</u>,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of Defendants' Motion For Enlargement of Time, any Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendants' Motion should be, and it hereby is, granted, and that defendants may have up to and including June 1, 2006, to respond to Plaintiff's Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.


_____                                    _____
Date                                                                      United States District Judge


Copies to:

<u>Attorney for Defendants</u>                              Pro Se
Wyneva Johnson                                             Jimmy Sharbutt
Assistant United States Attorney                     #92112-062
Civil Division                                                  F.C.C. Forrest City Medium
Judiciary Center Bldg.                                     P.O. Box 3000
555 4th Street, NW,                                         Forrest City, Arkansas 72336
Washington, D.C. 20530