UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JIMMY SHARBUTT,<br><br>      Plaintiff,<br><br>      v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, <u>et al.</u>,<br><br>      Defendants. | Civil Action No. 05-2396 (JGP) |

**DEFENDANTS' MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), defendants, through counsel, move this Court for an enlargement of time to and including June 13, 2006, in which to respond to Plaintiff's Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment. Counsel was unable to reach plaintiff to obtain his views on this Motion because he is incarcerated.

Defendants' Reply was due on June 1, 2006. Due to inadvertence, the date for the filing of the Reply was not calendered. Counsel regrets this inconvenience to the Court and to plaintiff.

This request for an enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to file its Reply to Plaintiff's Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment be enlarged to and including June 13, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_2nd\_\_\_ day of June, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt
#09112-062
F.C.C. Forrest City Medium
P.O. Box 3000
Forrest City, Arkansas 72336

_____
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

Respectfully submitted,

*Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

*Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

*Wyneva Johnson*
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

2