UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, <u>et al.</u>, )<br>)<br>Defendants. ) | Civil Action No. 05-2396 (JGP) |

## ORDER

Upon consideration of Defendants' Motion For Further Enlargement of Time, any Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendants' Motion should be, and it hereby is, granted, and that defendants may have up to and including June 13, 2006, to respond to Plaintiff's Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

_____            _____
Date                           United States District Judge

Copies to:

Attorney for Defendants
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, NW,
Washington, D.C. 20530

Pro Se
Jimmy Sharbutt
#92112-062
F.C.C. Forrest City Medium
P.O. Box 3000
Forrest City, Arkansas 72336