UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2396 (JGP) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Defendants, through counsel, move this Court for an enlargement of time to and including November 17, 2006 to file its Renewed Motion for Summary Judgment in response to the Court's September 29, 2006 Memorandum Opinion. Counsel was unable to reach Plaintiff to obtain his views on this Motion because he is incarcerated.

Defendants' renewed motion is substantially completed. Due to counsel's trial preparation in McNally v. Norton, Civil Action No. 02-0140 (RMC), counsel has been unable to complete the discussions and coordination with the United States Marshals Service, Bureau of Prisons and Internal Revenue Service for the filing of the renewed motion.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to file its Renewed Motion for Summary Judgment in response to the Court's September 29, 2006 Memorandum Opinion be enlarged to and including November 17, 2006.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of November 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Jimmy Sharbutt  
#09112-062  
F.C.C.  
Box 3000 (MEDIUM)  
Forrest City, Arkansas 72366

 

WYNEVA JOHNSON  
Assistant United States Attorney  
Judiciary Center Building  
555 4th Street, N.W., E-4106  
Washington, D.C. 20530  
(202) 514-7224