UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2396 (JGP) |

## ORDER

Upon consideration of Defendants' Motion For Enlargement of Time, any Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that Defendants' Motion should be, and it hereby is, granted, and that Defendants may have up to and including November 17, 2006 to file its Renewed Motion for Summary Judgment in response to the Court's September 29, 2006 Memorandum Opinion.

_____                    _____
Date                                       United States District Judge

Copies to:

| Attorney for Defendants | Pro Se |
|---|---|
| Wyneva Johnson | Jimmy Sharbutt |
| Assistant United States Attorney | #92112-062 |
| Civil Division | F.C.C. |
| Judiciary Center Bldg. | Box 3000 (Medium) |
| 555 4th Street, NW, | Forrest City, Arkansas 72366 |
| Washington, D.C. 20001 | |