UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIMMY SHARBUTT                )
                              )
    Plaintiff,                )
                              )
v.                            )   Civil Number 05:2396 (JGP)
                              )
BUREAU OF ALCOHOL, TOBACCO,   )
FIREARMS & EXPLOSIVES, et al.,)
    Defendant.                )

## SUPPLEMENTAL DECLARATION OF KAREN SUMMERS

I, Karen Summers, hereby declare the following to be a true and correct statement of facts:

1. I am a Paralegal Specialist for the Federal Bureau of Prisons (BOP) of the United States Department of Justice at the South Central Regional Office in Dallas, Texas.

2. In the Memorandum Opinion and Order filed on September 29, 2006, the Court stated that the BOP's declaration dated January 24, 2006, was incomplete as there was no attached Vaughn Index.

3. I have attached a copy of a Vaughn Index for BOP documents that were withheld in part, or in full, as referenced in my declaration dated January 24, 2006.

1

I declare under a penalty of perjury that the information provided is true and correct to the best of my information, knowledge, and belief.

Executed this 17th day of November 2006.

*Karen Summers*
Karen Summers
Paralegal Specialist
Bureau of Prisons
South Central Regional Office
Dallas, Texas