# VAUGHN INDEX

## FEDERAL BUREAU OF PRISONS
## Inmate Central Record System, JUSTICE/BOP-005

### Jimmy Sharbutt v. Federal Bureau of Investigation, et al.
### Civil Action Number 05-2396 (JGP)

| DOCUMENT NUMBER | PAGE | DOCUMENT DESCRIPTION | EXEMPT STATUS | JUSTIFICATION |
|---|---|---|---|---|
| 1 (1 Page) | 1 of 1 | Central Inmate Monitoring Memo, which contains confidential information about other individuals. Information was collected for law enforcement purposes. | Certain information was excised pursuant to Title 5 U.S.C. §§ 552(b)(2) and (b)(7)(F). | The information is maintained solely for Bureau of Prisons purposes and is related to internal law enforcement agency practices and purposes, and release of the information could endanger the physical safety of individuals. |
| 2 (1 Page) | 1 of 1 | Central Inmate Monitoring Classification Sheet, created by the BOP for law enforcement purposes. The document contains information which would identify separatee information relating to other individuals/inmates. | Certain information was excised pursuant to 5 U.S.C. §§ 552(b)(2) and (b)(7)(F). | The information is maintained solely for Bureau of Prisons purposes and is related to internal law enforcement agency practices and purposes, and release of the information could endanger the physical safety of individuals. |
| 3 (1 Page) | 1 of 1 | Central Inmate Monitoring Case Information Summary compiled for law enforcement purposes regarding plaintiff Sharbutt's separation needs. The document contains confidential information relating to other inmates and documentation sources. | Certain information was excised pursuant to 5 U.S.C. §§ 552(b)(7)(C), (b)(2), and (b)(7)(F). | Disclosure of information would constitute an unwarranted invasion of the personal privacy of other individuals, is related to the internal law enforcement agency practices/purposes, and release of the information could endanger the physical safety of individuals/inmates. |
| 4 (6 Pages) | 1 of 6 | Special Investigative Supervisor's Report - cover memo (6/2004) #04-076, compiled for law enforcement purposes. Contains information relating to other individuals/inmates. | Certain information was excised pursuant to 5 U.S.C. § 552(b)(7)(C), (b)(2), and (b)(7)(F). | Disclosure of the information would constitute an unwarranted invasion of the personal privacy of individuals other than plaintiff Sharbutt, is related to the internal law enforcement agency practices/purposes, and release of the information could endanger the physical safety of individuals/inmates. |

# VAUGHN INDEX

## FEDERAL BUREAU OF PRISONS
## Inmate Central Record System, JUSTICE/BOP-005

### Jimmy Sharbutt v. Federal Bureau of Investigation, et al.
### Civil Action Number 05-2396 (JGP)

| DOCUMENT NUMBER | PAGE | DOCUMENT DESCRIPTION | EXEMPT STATUS | JUSTIFICATION |
|---|---|---|---|---|
| 4 | 2 - 6 | Special Investigative Supervisor's Report compiled for law enforcement purposes. Contains information relating to other individuals/inmates. | Documents were withheld in their entirety pursuant to 5 U.S.C. §§ 552(b)(7)(C), (b)(2), and (b)(7)(F). | Disclosure of the information would constitute an unwarranted invasion of the personal privacy of individuals' other than plaintiff Sharbutt, is related to the internal law enforcement agency practices/purposes, and release of the information could endanger the physical safety of individuals. |
| 5 (9 pages) | 1 | Special Investigative Supervisor's Report - cover memo (7/2004) #04-075, compiled for law enforcement purposes. Contains information relating to other individuals/inmates. | Certain information was excised pursuant to 5 U.S.C. § 552(b)(7)(C), (b)(2), and (b)(7)(F). | Disclosure of the information would constitute an unwarranted invasion of the personal privacy of individuals other than plaintiff Sharbutt, is related to the internal law enforcement agency practices/purposes, and release of the information could endanger the physical safety of individuals/inmates. |
| 5 | 2- 9 | Special Investigative Supervisor's Report - compiled for law enforcement purposes. Contains information relating to other individuals/inmates. | Documents were withheld in their entirety pursuant to 5 U.S.C. § 552(b)(7)(C), (b)(2), and (b)(7)(F). | Disclosure of the information would constitute an unwarranted invasion of the personal privacy of individuals other than plaintiff Sharbutt, is related to the internal law enforcement agency practices/purposes, and release of the information could endanger the physical safety of individuals/inmates. |

# VAUGHN INDEX

## FEDERAL BUREAU OF PRISONS
### Inmate Central Record System, JUSTICE/BOP-005

### Jimmy Sharbutt v. Federal Bureau of Investigation, et al.
### Civil Action Number 05-2396 (JGP)

| DOCUMENT NUMBER | PAGE | DOCUMENT DESCRIPTION | EXEMPT STATUS | JUSTIFICATION |
|---|---|---|---|---|
| 6<br><br>(2 Pages) | 2 of 2 | Central Inmate Monitoring Clearance and Separatee Data relating to other individuals/inmates to be separated from Sharbutt . Documents were obtained pursuant to law enforcement purposes. | Documents were withheld in their entirety pursuant to 5 U.S.C. § 552(b)(7)(C), and (b)(7)(F). | Disclosure of the information would constitute an unwarranted invasion of the personal privacy of individuals' other than plaintiff Sharbutt, and release of the information could endanger the physical safety of individuals. |



**U.S. Department of Justice**

*Federal Bureau of Prisons*

*Federal Correctional Institution*

(b)(2)High, (b)(7)f

MEMORANDUM TO (b)(2)High, (b)(7)f

FROM:

SUBJECT:     SHARBUTT, Jimmy
             Reg. No.: 09112-062 (C)

ATTN:     (b)(2)High, (b)(7)f

In accordance with Federal Prison System Program Statement 5180.04, the above referenced individual has been assigned as a Central Inmate Monitoring Case. He has been tentatively designated as a Separation Case.

We are attaching material relevant to this action for your review and consideration.

I have reviewed the attached material concerning the interim classification of the above referenced individual as a Central Inmate Monitoring Case and my decision is to:

( ✓ )    Approve placement on CIM Separation Assignment.

(   )    Disapprove placement on CIM Separation Assignment.

(b)(2)High, (b)(7)f

Attachments -   BP-339
                BP-340
                PP-10
                Supporting Documentation

*"SENSITIVE - Limited Official Use"*

FOI EXEMPT

BP-S340.051 NOTIFICATION OF CENTRAL INMATE MONITORING (CIM) CDFRM
CLASSIFICATION OR DECLASSIFICATION
MAY 94
U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| NAME<br>SHARBUTT, Jimmy | REGISTER NUMBER<br>09112-062 |
|---|---|
| DATE<br>(b)(2)High, (b)(7)f | INSTITUTION<br>(b)(2)High, (b)(7)f |

XX

## I. CLASSIFICATION

This is to advise you of your classification as a CIM Case. This classification does not preclude you from transfer, temporary release, or participation in community activities recommended by the Warden, but it requires review by the Regional and/or Central Office for such participation to occur. This classification will be reviewed (depending on your CIM assignment) by the Warden or Regional Office within 60 days to determine if a sound basis exists to continue you as a CIM case. You will be advised only if your classification changes as a result of this review.

You may submit any objections to this classification directly to the review authority (address available from Unit Staff). A CIM classification not changed in 60 days from the date of this notification is final and may be appealed through the Administrative Remedy Procedure.

### A. CIM ASSIGNMENTS

Separation

### B. RATIONALE FOR CLASSIFICATION
You are being separated from other individual(s) in the federal system for your mutual protection.

| INMATE SIGNATURE | |
|---|---|
| TYPED NAME & SIGNATURE OF STAFF MEMBER<br>(b)(2)High, (b)(7)f | DATE |

### II. DECLASSIFICATION

| INMATE SIGNATURE | |
|---|---|
| TYPED NAME & SIGNATURE OF STAFF MEMBER | DATE |

Record Copy - Central File; Copy - Regional Office; Copy - Inmate
(This form may be replicated via WP)          Replaces BP-340(51) of SEP 90

FOI EXEMPT

CIM CASE INFORMATION SUMMARY CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| Name:<br>SHARBUTT, Jimmy | Register Number:<br>09112-062 |
|---|---|
| Date:<br>(b)(2)High, (b)(7)f | Istitution:<br>(b)(2)High, (b)(7)f |

RATIONALE FOR CIM CLASSIFICATION:

(b)(2)High, (b)(7)c, (b)(7)f     (b)(2)High, (b)(7)f

SPECIFIC ASSIGNMENTS:

A. STATE PRISONER

———— COOP WITNESS
———— REGULAR CONTRACTUAL BOARDER

B. SECURITY THREAT GROUP
———— MEMBER
———— SEPARATION (NON-MEMBER)

C. SPECIAL SUPERVISION

————————————————————
————————————————————

D. BROAD PUBLICITY

————————————————————
————————————————————

E. SOPHISTICATED CRIMINAL ACTIVITY

———— DRUGS
———— PROPERTY
———— WHITE COLLAR

F. THREATS TO GOVERNMENT OFFICIALS
———— HISTORY OF THREATS
———— SURVEILLANCE

G. SEPARATION
(b)(2)High, (b)(7)f THREAT ASSESSMENT
SPEC. MGT. CASE

SOURCE OF INFORMATION (NAME AND REGISTER NUMBER OF SEPARATEES, IF APPLICABLE)

(b)(2)High, (b)(7)c, (b)(7)f

Note:  File as top sheet in Section 1 of the Inmate Privacy Folder.
Include documentation.  Not to be forwarded to the inmate.
Record Copy - Central File; Copy - Regional Officelop.
(Not to be completed for WITSEC Cases)
(This form may be replicated via WP)

Replaces BP-339(51) of SEP 90

FOI EXEMPT



U.S. **Department of Justice**

*Federal Bureau of Prisons*

*Federal Correctional Institution*

*El Reno, Oklahoma  73036*

June 28, 2004

MEMORANDUM FOR    E. FELZ, Captain

FROM:    L. A. FELSTEAD, SIS Lieutenant

SUBJECT:    **Special Investigative Supervisor's Report, Case MF #04-076**

INCIDENT:    (b)(2)High, (b)(7)c, (b)(7)f

DATE OF INCIDENT:

TIME OF INCIDENT:

INMATES INVOLVED:

**FOI EXEMPT**
**D.O.J. SENSITIVE**
**LIMITED OFFICIAL USE ONLY**

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

LIMITED OFFICIAL USE

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

(b)(2)High, (b)(7)c, (b)(7)f



U.S. Department of Justice

*Federal Bureau of Prisons*

*Federal Correctional Institution*

*El Reno, Oklahoma 73036*

July 6, 2004

MEMORANDUM FOR     E. FELZ, Captain

FROM:                          L. A. FELSTEAD, SIS Lieutenant

SUBJECT:                     **Special Investigative Supervisor's Report,
                                    Case MF #04-075**

INCIDENT:            (b)(2)High, (b)(7)c, (b)(7)f

DATE OF INCIDENT:

TIME OF INCIDENT:

INMATES INVOLVED:

**FOI EXEMPT
D.O.J. SENSITIVE
LIMITED OFFICIAL USE ONLY**

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

(b)(7)c, (b)(7)f

(b)(2)High, (b)(7)c, (b)(7)f

```
  FOM3W  535.07 *      CIM CLEARANCE AND SEPARATEE DATA      *      03-04-2005
  PAGE 001        *                                          *      09:18:06

REGISTER NO: 09112-062 NAME: SHARBUTT, JIMMY LEE

REGISTER                          FIRST      ARS ARS                    ARS QTR
NUMBER      LAST NAME             NAME       FCL ASSIGN      DATE       TIME ASSIGN

09112-062 SHARBUTT                JIMMY     FOM A-DES      02-24-2005 1430 B01-117U
CMC ASSGNS: SEPARATION
02 REMARKS: 10/23/03 CO/DPM: RTN TO SCRO FOR INITIAL DESIG.
02 REMARKS: 10/24/03 SCR/SM DESIG LVN.
02 REMARKS: 10/29/03 SCR/SM CXL LVN DESIG ERE.
02 REMARKS: 1/120/05 SCR/LA APV 318 TRF FM ERE TO FOM.
```

(b)(7)c, (b)(7)f

```
FOM3W  535.07 *      CIM CLEARANCE AND SEPARATEE DATA      *    03-04-2005
PAGE 002 OF 002 *                                          *    09:18:06

REGISTER NO: 09112-062 NAME: SHARBUTT, JIMMY LEE
```

| REGISTER NUMBER | LAST NAME | FIRST NAME | ARS FCL | ARS ASSIGN | ARS DATE | ARS TIME | QTR ASSIGN |
|---|---|---|---|---|---|---|---|
| (b)(7)c, (b)(7)f | | | | | | | |

NO INMATE DISCLOSURE