UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2396 (JGP) |

**ORDER**

Upon consideration of Defendants' Renewed Motion For Summary Judgment on Behalf of the United States Marshals Service and Federal Bureau of Prisons, any Opposition thereto, and the Court having considered the entire record herein, it is, this ____ day of _____, 2006, hereby,

ORDERED, that Defendants' motion be, and hereby is GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the United States Marshals Service and Federal Bureau of Prisons.

_____                                                    _____
        Date                                                                                               United States District Judge

Copies to:

| Attorney for Defendants | Pro Se |
|---|---|
| Wyneva Johnson | Jimmy Sharbutt |
| Assistant United States Attorney | #92112-062 |
| Civil Division | F.C.C. |
| Judiciary Center Bldg. | Box 3000 (Medium) |
| 555 4th Street, NW, | Forrest City, Arkansas 72366 |
| Washington, D.C. 20530 | |