UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br><br>Plaintiff, )<br><br>v. )<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS &<br>EXPLOSIVES, <u>et</u> <u>al.</u>, )<br><br>Defendants. ) | Civil Action No. 05-2396 JGP |

**ERRATA**
**DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**
**ON BEHALF OF THE INTERNAL REVENUE SERVICE**

In response to the Court's Memorandum Opinion and Order, Defendants filed a Renewed

Motion for Summary Judgment on behalf of the United States Marshals Service and the Federal

Bureau of Prisons. Defendants did not include the Internal Revenue Service (IRS) in its Renewed

Motion for Summary Judgment. In its Motion for Summary Judgment on behalf of the IRS,

Defendants had argued that the IRS' search produced no records of FOIA appeals filed by, or on

behalf of Mr. Sharbutt. Declaration of Heidi Peterson ¶¶ 4, 7. The Court found that Plaintiff had

failed to exhaust his administrative remedies with respect to his FOIA request to the Internal

Revenue Service. See Memorandum Opinion, p. 23 (Denying Plaintiff's Motion for Partial

Summary Judgment on Exhaustion of Administrative Remedies in part for Plaintiff's failure to

establish that he exhausted his administrative remedies). There is, however, no specific finding in

the Court's Memorandum and Opinion in favor of summary judgment for the IRS. Accordingly,

Defendants renew their motion and also request that summary judgment be granted in favor of

the IRS.

Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>8th</u> day of December, 2006, that a copy of the foregoing was

filed and served by First-Class mail, postage prepaid to:

Jimmy Sharbutt
#09112-062
F.C.C.
Box 3000 (MEDIUM)
Forrest City, Arkansas 72366

                                     /s/_____
                                    WYNEVA JOHNSON
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th Street, N.W., E-4106
                                    Washington, D.C.  20530