UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY SHARBUTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2396 (JGP) |

### ORDER

Upon consideration of Errata Defendants' Renewed Motion For Summary Judgment on Behalf of the Internal Revenue Service, any Opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006, hereby,

ORDERED, that Defendants' motion be, and hereby is GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the Internal Revenue Service.

_____                                _____
Date                                                                  United States District Judge

Copies to:

Attorney for Defendants
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, NW,
Washington, D.C. 20530

Pro Se
Jimmy Sharbutt
#92112-062
 F.C.C.
Box 3000 (Medium)
Forrest City, Arkansas 72366