UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIMMY SHARBUTT,

    Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

    Defendants.

Civil Action No. 05-2396 (JGP)

## ORDER

Defendants filed a renewed motion for summary judgment on behalf of the United States Marshals Service and the Federal Bureau of Prisons on November 17, 2006. In its November 21, 2006 Order, the Court directed plaintiff to file his opposition or other response to the motion. That Order advised plaintiff that, if he failed to file his opposition by December 29, 2006, the Court may treat the motion as conceded. To date, plaintiff neither has filed an opposition, nor has filed a motion requesting an extension of time to file an opposition.

Accordingly, it is hereby

**ORDERED** that defendants' renewed motion for summary judgment [Dkt. #33] is **GRANTED** as conceded and that this case is dismissed with prejudice; it is further

**ORDERED** that **JUDGMENT** shall be entered for all the defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: February 22, 2007

JOHN GARRETT PENN
**United States District Judge**